# EXHIBIT A

Int. Cl.: 5

Prior U.S. Cl.: 18

United States Patent and Trademark Office

Reg. No. 1,104,172
Registered Oct. 17, 1978

## TRADEMARK
Principal Register

## VAGISIL

Combe Incorporated (Delaware corporation)
1101 Westchester Ave.
White Plains, N.Y. 10604

For: PHARMACEUTICAL PREPARATIONS—NAMELY, MEDICATED CREMES—in CLASS 5 (U.S. CL. 18).
First use on or about Sept. 13, 1973; in commerce on or about Sept. 13, 1973.
Owner of Reg. Nos. 586,869, 979,805, and 997,471.

Ser. No. 164,746, filed Apr. 3, 1978.

JOHN C. DEMOS, Supervisory Examiner

R. H. NEILSON, Examiner

Int. Cl.: 3

Prior U.S. Cl.: 51

Reg. No. 1,424,503

United States Patent and Trademark Office  Registered Jan. 13, 1987

## TRADEMARK
PRINCIPAL REGISTER

VAGISIL

COMBE PRODUCTS, INC. (DELAWARE CORPORATION)
1101 WESTCHESTER AVENUE
WHITE PLAINS, NY 10604

FOR: COSMETICS - NAMELY, POWDERS FOR FEMININE USE, IN CLASS 3 (U.S. CL. 51).

FIRST USE 2-22-1985; IN COMMERCE 2-22-1985.
OWNER OF U.S. REG. NOS. 997,471 AND 1,104,172.

SER. NO. 536,975, FILED 5-13-1985.

MICHAEL MURPHY, EXAMINING ATTORNEY

Int. Cl.: 5

Prior U.S. Cls.: 6, 18, 44, 46, 51, and 52

**United States Patent and Trademark Office**

Reg. No. 2,971,826
Registered July 19, 2005

## TRADEMARK
### PRINCIPAL REGISTER

## VAGISIL

COMBE PHARMA LTD. (DELAWARE CORPORATION)
1101 WESTCHESTER AVENUE
WHITE PLAINS, NY 106043597

FOR: PHARMACEUTICALS, NAMELY, MEDICATED PREMOISTENED TOWELETTES FOR FEMININE USE, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FIRST USE 2-4-2005; IN COMMERCE 2-4-2005.

OWNER OF U.S. REG. NOS. 1,104,172, 2,552,376, AND OTHERS.

SN 76-506,165, FILED 4-14-2003.

KELLEY WELLS, EXAMINING ATTORNEY

Int. Cl.: 10

Prior U.S. Cls.: 26, 39 and 44

**United States Patent and Trademark Office**

Reg. No. 3,285,997
Registered Aug. 28, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# VAGISIL

COMBE PHARMA LTD. (DELAWARE CORPORATION)
1101 WESTCHESTER AVENUE
WHITE PLAINS, NY 106043597

FOR: VAGINAL PH TESTING KITS CONTAINING TESTING SWABS AND COLOR GUIDES, IN CLASS 10 (U.S. CLS. 26, 39 AND 44).

FIRST USE 3-30-2006; IN COMMERCE 3-30-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,104,172, 1,902,353 AND OTHERS.

SER. NO. 78-852,682, FILED 4-3-2006.

RICHARD A. STRASER, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# VAGISIL

**Reg. No. 4,073,832**  
**Registered Dec. 20, 2011**  
**Int. Cl.: 3**

**TRADEMARK**

**PRINCIPAL REGISTER**

COMBE INCORPORATED (DELAWARE CORPORATION)  
1101 WESTCHESTER AVENUE  
WHITE PLAINS, NY 10604

FOR: NON-MEDICATED FEMININE WASHES, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 12-14-2009; IN COMMERCE 12-14-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,104,172, 2,046,035 AND OTHERS.

SER. NO. 85-311,816, FILED 5-4-2011.

DOMINIC FATHY, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# VAGISIL

**Reg. No. 4,205,458**  
**Registered Sep. 11, 2012**  
**Int. Cl.: 3**  
**TRADEMARK**  
**PRINCIPAL REGISTER**

COMBE INCORPORATED (DELAWARE CORPORATION)  
1101 WESTCHESTER AVENUE  
WHITE PLAINS, NY 10604

FOR: MOISTURIZERS FOR THE SKIN AT THE EXTERNAL VAGINAL AREA, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 7-24-1995; IN COMMERCE 7-24-1995.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,104,172, 2,971,826 AND OTHERS.

SER. NO. 85-532,058, FILED 2-2-2012.

KIMBERLY PERRY, EXAMINING ATTORNEY



*David J. Kappos*  
Director of the United States Patent and Trademark Office

# REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

# WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years***
**What and When to File:**

*First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

*Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
*See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

# The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.

*****ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



Reg. No. 4,343,995  
Registered May 28, 2013  
Int. Cls.: 3, 5, and 10  

**TRADEMARK**  
**PRINCIPAL REGISTER**

COMBE INCORPORATED (DELAWARE CORPORATION)  
1101 WESTCHESTER AVENUE  
WHITE PLAINS, NY 10604  

FOR: NONMEDICATED PRODUCTS FOR FEMININE USE, NAMELY, FEMININE SOOTHING CREAMS FOR THE SKIN, MOISTURIZERS FOR THE SKIN AT THE EXTERNAL VAGINAL AREA, FEMININE DEODORANT POWDERS, AND NONMEDICATED FEMININE HYGIENE WASHES, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 1-22-2013; IN COMMERCE 1-22-2013.

FOR: MEDICATED PRODUCTS FOR FEMININE USE, NAMELY, FEMININE ANTI-ITCH CREAMS, AND PREMOISTENED FEMININE WIPES, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FIRST USE 1-22-2013; IN COMMERCE 1-22-2013.

FOR: VAGINAL PH SCREENING KITS CONTAINING PH TEST SWABS AND COLOR GUIDES, IN CLASS 10 (U.S. CLS. 26, 39 AND 44).

FIRST USE 1-29-2013; IN COMMERCE 1-29-2013.

OWNER OF U.S. REG. NOS. 1,104,172, 3,285,997, AND OTHERS.

THE MARK CONSISTS OF THE WORD "VAGISIL" IN STYLIZED LETTERS, AND A DESIGN CONSISTING OF TWO CURVED MEMBERS WHICH CONVERGE AT THE BOTTOM OF THE DESIGN.

SN 85-622,954, FILED 5-11-2012.

ELI HELLMAN, EXAMINING ATTORNEY


Acting Director of the United States Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

   *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

   *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
   *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

   You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

*****ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.