# EXHIBIT 1

# EXPERT REPORT OF HAL PORET IN MATTER OF COMBE INCORPORATED V. DR. AUGUST WOLFF GMBH & CO.

*******************************

# SURVEY TO MEASURE WHETHER THE MARK VAGISAN CREATES A LIKELIHOOD OF CONFUSION WITH RESPECT TO VAGISIL

REPORT PREPARED FOR:
Finnegan Henderson LLP

PREPARED BY:
Hal Poret
142 Hunter Ave
Sleepy Hollow, NY 10591

June 2018



# *TABLE OF CONTENTS*

| | Page # |
|---|---|
| BACKGROUND AND PURPOSE | 3 |
| STUDY AUTHORSHIP AND QUALIFICATIONS | 5 |
| STUDY DESIGN | 6 |
| SUMMARY OF FINDINGS | 14 |
| METHODOLOGY | 15 |
|     THE RELEVANT UNIVERSE OF INTEREST | 15 |
|     SAMPLING PLAN | 17 |
|     DATA PROCESSING | 20 |
|     INTERVIEWING PROCEDURES | 20 |
|     DOUBLE-BLIND INTERVIEWING | 20 |
|     INTERVIEWING PERIOD | 20 |
|     QUALITY CONTROL | 20 |
| DETAILED FINDINGS | 24 |

THE FOLLOWING APPENDICES ARE PROVIDED SEPARATELY:
APPENDIX A:   CURRICULUM VITAE OF STUDY'S AUTHOR
APPENDIX B:   QUESTIONNAIRE
APPENDIX C:   SCREENSHOTS OF SURVEY
APPENDIX D:   SURVEY DATA FILE

## BACKGROUND AND PURPOSE

Combe Incorporated (Combe) owns registrations for and uses the mark VAGISIL in connection with a vaginal moisturizer/gel, creams, deodorant powder, wipes, washes, and other vaginal care products.

Defendant filed Application Serial No. 79111922 for the mark VAGISAN for vaginal moisturizers, vaginal anti-fungal preparations, and vaginal washes, among other products in Class 5 and Class 3. Combe filed Opposition No. 91209708 against Defendant's Application for the VAGISAN mark. The Trademark Trial and Appeal Board ("TTAB") issued a final decision on June 19, 2017 dismissing Combe's Opposition.

Combe has filed suit appealing the TTAB's decision dismissing its opposition to the VAGISAN mark.[1] Counsel for Combe retained me to design and conduct a survey to determine the extent to which, if at all, the mark VAGISAN in connection with vaginal moisturizers, vaginal anti-fungal preparations, and vaginal washes creates a likelihood of confusion with respect to VAGISIL.[2] As discussed in more detail below, the survey found that the mark VAGISAN in connection with vaginal moisturizers, vaginal anti-fungal preparations, and vaginal washes does create a significant likelihood of confusion with respect to VAGISIL – a 37% Test Group rate of naming VAGISIL or a 19% net confusion rate after deducting a Control Group result.

---

[1] It is my understanding that Combe also filed trademark infringement and dilution and other claims, but that these claims were found not to be ripe for adjudication because Defendant has yet to begin using the VAGISAN mark in the United States.

[2] The survey tested the term VAGISAN in connection with vaginal moisturizers, vaginal anti-fungal preparations, and vaginal washes because those are the products identified in the VAGISAN application with the greatest overlap with Combe's VAGISIL products.

In connection with designing my survey and preparing this report I reviewed the following materials:

   (1) Combe Complaint (August 21, 2017)

   (2) Vagisil.com website

   (3) Vagisan.com website

   (4) Application Serial No. 79111922 for VAGISAN

   (5) TTABVUE Online File for Opposition No. 91209708

   (6) TTAB Decision Dismissing Opposition (June 19, 2017)

I also did numerous online searches for vaginal care products, examined the results, and reviewed various websites offering such products for sale.  My work in connection with this matter is being billed at my hourly rate of $675.  Payment is not contingent on the outcome of the litigation.

## AUTHORSHIP AND QUALIFICATIONS

This study was designed, supervised, and implemented by Hal L. Poret, President at Hal Poret, LLC.

I have personally designed, supervised, and implemented over 1,000 surveys regarding the perceptions and opinions of consumers. Over 300 have involved consumer perception with respect to trademarks, and over 300 have been conducted online. I have personally designed numerous studies that have been admitted as evidence in legal proceedings and I have been accepted as an expert in survey research on numerous occasions by U.S. District Courts, the Trademark Trial and Appeal Board, and the National Advertising Division of the Council of Better Business Bureaus (NAD).

I am a member of the American Association of Public Opinion Research, publisher of *Public Opinion Quarterly* and the *Journal of Survey Statistics and Methodology*; the International Trademark Association; and the National Advertising Division of the Council of Better Business Bureaus (NAD). I routinely conduct market research surveys for a variety of small to large corporations and organizations.

I have frequently spoken at major intellectual property and legal conferences on the topic of how to design and conduct surveys that meet legal evidentiary standards for reliability, including conferences held by the International Trademark Association (INTA), American Intellectual Property Law Association, Practicing Law Institute, Managing Intellectual Property, Promotions Marketing Association, American Conference Institute, and various bar organizations.

In addition to my survey research experience, I hold bachelors and masters degrees in mathematics and a J.D. from Harvard Law School. Additional biographical material, including lists of testimony and publications, is provided in Appendix A.

## STUDY DESIGN

This survey followed the highly standard and well-accepted "Eveready" survey format. In an Eveready survey for forward confusion, only the allegedly confusing mark is shown and respondents are questioned to determine if they make a mistaken mental connection to the senior mark (here, Vagisil) on their own. Since an Eveready format never mentions the senior mark, respondents can only express confusion if they think of and identify the senior mark on their own.

As discussed in detail below, the survey tested for likelihood of confusion applying accepted standards for surveys in the context of the TTAB's likelihood of confusion analysis – i.e., the survey showed and asked about the mark as it appears in the application at issue, rather than as used on a marketplace product.[3] The survey tested perception of the mark for vaginal moisturizers, vaginal washes, or vaginal anti-fungal products specifically, as those are the goods covered by the application with the greatest overlap with Vagisil.

As this survey was conducted online, all the instructions and questions were displayed on respondents' computer screens and each question appeared on its own screen, unless otherwise stated.

---

[3] Accepted standards for surveys in the context of a district court trademark infringement analysis require showing an actual marketplace use of the allegedly infringing mark, so that the survey is testing for confusion under actual marketplace conditions. On the other hand, since the Trademark Office's standard is to consider the mark in the application and not extraneous marketplace factors, standards for TTAB surveys require testing the mark as it appears in the application.

A total of 400 respondents participated in this survey among female consumers of vaginal moisturizers, vaginal washes, or vaginal anti-fungal products. [4]

The survey included one Test Group comprised of 200 unique respondents and a separate Control Group comprised of 200 unique respondents.

<u>Test Group</u>

After a series of initial screening questions, all 200 Test Group respondents were prompted as follows:

> For this survey we would like you to imagine that you are considering purchasing a <u>vaginal moisturizer, vaginal wash, or vaginal anti-fungal product</u>.

> On the next screen you will be asked to look at a <u>name</u>. Please look at the name as you would if you were seeing it in connection with a vaginal moisturizer, vaginal wash, or vaginal anti-fungal product.

> On later screens, you will be asked a few questions. If for any question you do not know or have no opinion, please indicate so. Please do not guess.

On the next screen respondents were shown the following instruction, name, and description of products:

> Please review the following name and description of products offered in connection with the name.

---

# VAGISAN

## Vaginal moisturizers, vaginal washes, and vaginal anti-fungal products

---

[4] See the Sampling section of this report for more information regarding who qualified for and completed the survey.

As noted above, this presentation of the mark complies with standards for analysis of likelihood of confusion in connection with a TTAB opposition, as it tests the mark as it appears in the application. The description of goods and services shown under the VAGISAN mark was taken directly from the application.

Respondents were not permitted to advance beyond the screen showing the name and product description for a minimum of fifteen seconds before continuing to the next screen. This is a standard quality control procedure that ensures respondents spend enough time reviewing the name at issue in order to meaningfully participate in the survey.

Upon continuing with the survey, respondents were further instructed:

> On the next screens you will be asked about the products that we just told you about – namely, vaginal moisturizers, vaginal washes, and vaginal anti-fungal products offered in connection with the name **VAGISAN**.

With the mark and description no longer on the screen, respondents were then asked:

> What company or brand do you think puts out the products we just told you about, if you have an opinion?

Respondents could type in any answer, or select "No opinion/Don't know."

Respondents who typed in an answer were then asked:

> You answered that you think the products are put out by [*the answer entered by respondents in response to the previous question was inserted into the question text here*].

What makes you think so?

*Please be as specific and complete as possible.*

Respondents could type in any answer, or select "No opinion/Don't know."

All respondents were then asked:

Do you think the company that makes the products we just told you about also makes any <u>other</u> products that you know of?

- Yes, I do
- No, I do not
- Don't know/Unsure

Respondents who answered, yes, were then asked:

You answered that you think the company that makes the products we just told you about also makes other products that you know of.

What other products?

*Please be as specific as possible.*

*If you are thinking of more than one product, please identify each in a separate row below. If you don't know, you may select that option.*

Respondents could enter up to five different answers, or they could select "Don't know."

Respondents who typed in at least one answer were then instructed:

Any products you identified are listed below. Next to each one, please tell us what makes you think that the company that makes the products we told you about also makes the product you identified.

Respondents were shown the answer(s) they gave in response to the previous question and to the right of each, a space was provided in which they could enter their reason for thinking the company that makes the products they were told about also makes the product they identified.

Next, respondents who previously answered that they think the company that makes the products they were told about also makes other products, but then answered "Don't know" when asked to identify those products, were instead asked:

> What made you answer that the company that makes the products we told you about also makes other products that you know of?

Respondents could type in any answer.

Next, all respondents were asked:

> Do you think the products that we told you about are affiliated with, or sponsored or approved by, any other company or brand?

> - Yes, I do
> - No, I do not
> - Don't know/Unsure

Respondents who answered "yes" were then asked:

> You answered that you think the products we told you about are affiliated with, or sponsored or approved by, another company or brand.

> What other company or brand?

> *If you are thinking of more than one, please identify each in a separate row below. If you don't know, you may select that option.*

Respondents could enter up to five different answers, or they could select "Don't know."

Respondents who typed in at least one answer were then instructed:

> Any other companies or brands you named are listed below. Next to each one, please tell us what makes you think the products we told you about are affiliated with, or sponsored or approved by, the company or brand you identified.

Respondents were shown the answer(s) they gave in response to the previous question and to the right of each, a space was provided in which they could enter their reason for thinking the products they were told about are affiliated with, or sponsored or approved by, the company or brand they named.

Next, respondents who previously answered that they think the products are affiliated with, or sponsored or approved by, another company or brand, but who then answered "Don't know" when asked to identify what company or brand, were instead asked:

> What made you answer that you think the products we told you about are affiliated with, or sponsored or approved by, another company or brand?

Respondents could type in any answer.

This concluded the survey for respondents in the Test Group.

### Control Group

The survey also included a separate Control Group comprised of 200 unique respondents.   The Control Group performs the critical role of measuring the level of

survey noise – i.e., the tendency for respondents to name VAGISIL for reasons other than genuine trademark confusion, such as guessing VAGISIL simply because it is a well-known mark within the category mentioned in the survey (vaginal care products) or other forms of respondent or survey error. The Control Group performs this function by asking a separate group of respondents the identical survey questions about the same product description with an altered (Control) version of the VAGISAN mark.

The Control consisted of replacing the allegedly infringing mark VAGISAN with the following control name: VAGIPUR.

This replacement occurred in two places within the survey. First, when Control Group respondents were initially shown the name and description of products offered in connection with the name, the term VAGIPUR replaced the test mark VAGISAN:

> Please review the following name and description of products offered in connection with the name.

> # VAGIPUR
>
> **Vaginal moisturizers, vaginal washes, and vaginal anti-fungal products**

The term VAGIPUR also replaced the mark VAGISAN in the Control Group in the following instruction on the subsequent screen:

> On the next screens you will be asked about the products that we just told you about – namely, vaginal moisturizers, vaginal washes, and vaginal anti-fungal products offered in connection with the name **VAGIPUR**.

The term VAGIPUR shown with an identical product description was an ideal control for multiple reasons. Most significantly, by retaining the "VAGI" prefix, the term VAGIPUR controlled for the tendency for respondents to think of and name VAGISIL simply because the prefix "VAGI" or the topic of vaginal care products makes respondents think of a well-known mark (VAGISIL) in this category. Accordingly, the Control Group measures and accounts for any tendency to name VAGISIL that is attributable primarily to the "VAGI" prefix rather than to a greater overall similarity of marks. The term VAGIPUR was also an ideal control because the suffix "PUR" is comparable to the term "SAN" both in its three-letter format and because the idea of "purity" (abbreviated to PUR) and "sanitary" (abbreviated to SAN) are similar in concept. Accordingly, the control term VAGIPUR held constant both the "VAGI" prefix and the length and general concept of the suffix, changing only the overall level of similarity to VAGISIL.[5]

The Control Group measures the tendency to name VAGISIL when shown a mark containing the VAGI prefix but an altered suffix. By subtracting the rate of naming VAGISIL measured in the Control Group from the corresponding Test Group rate, the resulting level is a "net" confusion level that must be attributed to the similarity of the VAGISAN mark at issue and the VAGISIL mark and cannot be dismissed as the product of guessing or other forms of survey or respondent error.

This concluded the survey for all respondents.

Screenshots of the survey will be provided in Appendix C.

---

[5] The use of the term VAGIPUR is not a concession that this term does not itself create some confusion with VAGISIL. For the purposes of the survey's analysis, however, any rate of naming VAGISIL is treated as noise.

## SUMMARY OF KEY FINDINGS

This section details certain key survey findings.  Other survey results are discussed further in the Detailed Findings section below.

In the Test Group, 37% of respondents (74 of 200) who were asked about the VAGISAN mark identified VAGISIL in response to one or more of the confusion questions.

In the Control Group, 18% of respondents (36 of 200) who were asked about the VAGIPUR control term identified VAGISIL in response to one or more of the confusion questions.

Subtracting the 18% Control Group rate from the 37% Test Group rate yields a net confusion rate of 19%.  By subtracting the 18% Control Group rate, the analysis discounts the 37% Test Group rate to account for any tendency of respondents to name VAGISIL because they are guessing a well-known brand in the area of vaginal care products or because of the "VAGI" prefix alone.  Accordingly, the resulting net confusion rate of 19% must be attributed specifically to the confusing similarity of the VAGISAN name to VAGISIL and cannot be dismissed as the product of any of the above-mentioned factors or any other form of survey or respondent error.

Based on the survey results, it is my opinion that the VAGISAN mark does create a significant level of confusion with respect to VAGISIL.

See Detailed Findings section below for additional information on results.  The full data will be provided in its original electronic form in Appendix D.

# *METHODOLOGY*

## THE RELEVANT UNIVERSE OF INTEREST

The appropriate sample universe for this survey consisted of U.S. female consumers age 18 and older who have purchased vaginal moisturizers, vaginal washes, or vaginal anti-fungal products in the past 12 months, or are likely to do so in the next 12 months.

The following screening questions were employed to ensure the final survey sample was comprised of respondents from the appropriate sample universe.

First, after initial demographic questions, all potential respondents were asked:

> In the past 12 months, which of the following, if any, have you personally purchased?
>
> *(Select all that apply)*

The following responses options were offered in randomized order:

| |
|---|
| Vaginal moisturizers, vaginal washes, or vaginal anti-fungal products |
| Tooth whitening pastes, tooth whitening gels, or tooth whitening systems |
| Shaving creams, shaving gels, or shaving moisturizing products |
| Acne creams, acne washes, or acne skin treatments |
| None of these |

All respondents were also asked:

> In the <u>next</u> 12 months, which of the following, if any, are you likely to personally purchase?
>
> *(Select all that apply)*

Respondents were shown the same response options in the same order as the previous question.

Respondents who selected "Vaginal moisturizers, vaginal washes, or vaginal anti-fungal products" in either or both of the above questions were considered part of the relevant sample universe and qualified to participate in the main survey. The other options on the list were provided to mask the focus of the survey by providing a variety of options from which respondents could select.

Upon completion of the main survey, all respondents were asked the following final question for classification purposes.

> Do you or does anyone in your household work for a company that makes vaginal care products?

Including this question allowed me to exclude from my analysis any respondent who works for, or has a member of their household who works for, a company that makes vaginal care products, if so desired. Only 3 respondents answered affirmatively. Excluding these respondents would not impact the findings of this study or my conclusions.

Respondents who work or have someone in their immediate household who works in advertising or market research were screened out during the initial screening questions at the beginning of the survey.

This concluded the screening and classification questions for all respondents.

The actual wording of the screening questions used is shown in Appendix B.

## SAMPLING PLAN

The sampling plan involved a random selection of consumers who are part of an online panel.

Online surveys are well-accepted in the field of survey research as a standard, reliable methodology. Indeed, online surveys are now the most common method of conducting market research among consumers. Businesses and other organizations routinely make decisions of importance based on the results of online survey research among consumers, and online surveys have been accepted in evidence in numerous U.S. District Court and TTAB cases. I have personally designed and executed numerous internet surveys that have been accepted by courts and the TTAB.

The sample of panelists used in the survey was provided by Research Now, a leading supplier of online sample for surveys. I have worked with Research Now on many surveys and have found its procedures and panels to be highly reliable. Research Now has a large and diverse panel consisting of millions of Americans and is highly regarded as a reputable source of respondents for online surveys within the field of market research. Research Now utilizes appropriate industry procedures for ensuring the integrity and quality of its panels. Research Now employs a "by-invitation-only" panel recruitment model to enroll pre-validated individuals and, therefore, maintains a panel comprised of the most credible survey takers who are less prone to self-selection bias. Quality and integrity of its research panel is also obtained and maintained in the following ways.

- Research Now requires a double opt-in and agreement to provide truthful and well-considered answers to online market research surveys. First, potential panelists opt-in during the enrollment process, and then they are sent a follow-up email confirmation that requests the potential panelist to click a link to

validate the opt-in.  Then, he or she is sent a follow-up email providing access to their member account and they can begin receiving surveys.

- A unique email address is required to opt-in to the panel and physical addresses provided by panelists in the US are verified against government postal information.

- Research Now implements data-quality measures by focusing on identifying and pursuing panelists who exhibit suspicious behaviors.  This is done by identifying members through routine review of behaviors and sometimes with the help of its clients, and then evaluating a wider set of behaviors, particularly members' profile information and survey performance.

- Research Now also employs a "Three Strikes Policy" in which panelists who commit survey offenses, such as speeding, inattentiveness, poor quality open ends, answering inconsistencies, and selecting dummy answers, are flagged with an "offense" code.  Panelists who are flagged three times for such offenses are disqualified from panel membership and future surveys.

A sampling plan was carefully structured in order to represent the demographics of relevant customers – i.e. consumers of vaginal moisturizers, vaginal washes, or vaginal anti-fungal products.

Invitations were then sent to women age 18 and older.  The purpose of the survey was withheld from respondents and nothing in the invitation to panelists indicated the main topic of the survey.  Without knowing the purpose of the survey, respondents needed to meet the screening criteria in order to qualify to participate in the main survey.  In doing so, they confirmed that they are part of the relevant customer base and are, indeed, part of the Relevant Sample Universe.

Throughout the initial field, I monitored the actual rate of qualification within each individual age group.  The calculated incidence of relevant consumers within each age group is shown in the following table:

| Calculated Incidence Within Each Age Group: | |
|---|---|
| Women, age 18 – 34 | 58.5% |
| Women, age 35 – 54 | 46.3% |
| Women, age 55 and older | 29.8% |

I then calibrated these individual incidence rates against U.S. Census data by age for women and set revised age quotas for the final sample size of 200 per Group.  The following table displays the final proportion of sample achieved by age for each Group:

| Final Number of Respondents by Age per Group | | |
|---|---|---|
| N=200 per Group | N | % |
| Women, age 18 – 34 | 74 | 37.0% |
| Women, age 35 – 54 | 75 | 37.5% |
| Women, age 55 and older | 51 | 25.5% |

This methodology for producing a representative sample of the relevant category (here, consumers of vaginal care products) is standard and well-accepted.

Survey invitations were sent across the U.S. in geographic proportion to Census data.  The following table displays the final proportion of sample achieved by region:

| Final Number of Respondents by Region (N=400) | |
|---|---|
| Midwest | 21% |
| Northeast | 19% |

| South | 16% |
|-------|-----|
| West | 22% |
| Southeast | 22% |

## DATA PROCESSING

Data was collected by Focus Vision, a company specializing in web survey programming and data collection and processing, and made available to Hal Poret, LLC through an electronic portal on an ongoing basis.  The data set showing each respondent's answers to all questions is provided as Appendix D.

## INTERVIEWING PROCEDURES

The online survey was programmed and hosted by Focus Vision.  My staff and I thoroughly tested the programmed survey prior to any potential respondents receiving the invitation to participate in the survey.

## DOUBLE-BLIND INTERVIEWING

It is important to point out that the study was administered under "double-blind" conditions.  That is, not only were the respondents kept uninformed as to the purpose and sponsorship of the study, but the services involved in providing the sample and administering the online interviews (Focus Vision and Research Now) were similarly "blind" with respect to the study's purpose and sponsorship.

## INTERVIEWING PERIOD

Interviewing was conducted from May 30, 2018 through June 3, 2018.

## QUALITY CONTROL

Several measures were implemented to ensure a high level of quality control and validation with respect to respondents taking the survey.

Upon initially entering the survey, all respondents were required to pass a test to verify that each respondent is a live person. The test employed in this survey is a CAPTCHA[6] program that generates a task that humans can pass but current computer programs cannot. CAPTCHA is a well-known and widely-used tool in online survey research.

Upon successfully passing the CAPTCHA test, respondents were then asked to enter their year of birth and then their gender. This information was checked against the sample provider's (Research Now's) demographics on record for each respondent and any respondent providing an incorrect or inconsistent birth year and/or gender was unable to continue to the main survey.

Additionally, respondents were then asked to select their age range. Respondents who selected an age range inconsistent with their year of birth were unable to continue with the survey.

These combined steps ensured that the survey was being taken by an actual live person and that each person was paying a certain level of attention to the survey questions and taking a certain level of care in entering responses.

All respondents were also asked to select any web browsers or search engines they have used in the past three months. Respondents could select as many as applied to them from a list of ten options, including "other," "not sure," and one fictitious name: Hagelin. Respondents who selected "Hagelin" were unable to continue. Additionally, respondents who answered that they have used all seven of the actual web browsers

---

[6] CAPTCHA is an acronym for "Completely Automated Public Turing test to tell Computers and Humans Apart."

and search engines included on the response list were identified as "yea-sayers" and unable to continue with the survey.[7]

The following question was also asked and permitted additional screening out of respondents who were paying insufficient attention or clicking responses indiscriminately:

> For quality assurance, please type the word "west" in the blank next to the "Other" box below and then click to continue.
> - Strongly agree
> - Agree
> - Neutral
> - Disagree
> - Strongly disagree
> - Other _____

Respondents who selected "other" and typed a response in the blank continued with the survey. A review was conducted of all open-ended answers, including responses to this question, and respondents who failed to follow instructions for this question, or gave other non-responsive or nonsense answers to open-ended questions, were removed from the final data.

Respondents were then also asked to carefully read these instructions:

---

[7] "Yea-sayers" in surveys are typically defined as respondents who answer affirmatively to questions, regardless of their belief.

* Please take the survey in <u>one</u> session without interruption.
* Please keep your browser maximized for the entire survey.
* While taking the survey, please do not consult any other websites or other electronic or written materials.
* Please answer all questions on your own without consulting any other person.
* If you normally wear eye glasses or contact lenses when viewing a computer screen, please wear them for the survey.

Two options were provided in response to these instructions: (1) I understand and agree to the above instructions, and (2) I do not understand or do not agree to the above instructions. Only respondents who understood and agreed to the instructions then continued to the main section of the survey.

## DETAILED FINDINGS

I)      **Test Group – Gross Confusion Result**

When shown the VAGISAN name and description of products and asked what company or brand puts out the products, 30% of Test Group respondents (60 out of 200) identified VAGISIL.[8]

When asked if the company that makes the products (VAGISAN) also puts out other products, three additional Test Group respondents (1.5%) answered affirmatively and then identified VAGISIL, increasing the overall rate to 31.5%

Finally, when asked if the products are affiliated with, or sponsored or approved by, another company or brand, 11 additional Test Group respondents (5.5%) answered affirmatively and then identified VAGISIL, increasing the overall rate to 37.0%

II)     **Control Group – Noise Result**

When shown the VAGIPUR control name and description of products, 18% of Control Group respondents (36 of 200) identified VAGISIL in response to one of the confusion questions.

III)    **Net Confusion Result**

Subtracting the 18% noise rate from the 37% gross confusion rate results in a 19% net confusion level, as illustrated in the following table:

---

[8] Appendix D contains all respondents' answers to all questions.  A column headed "Vagisil" contains an "X" for all respondents who were coded as identifying Vagisil in response to at least one question.  This includes a few respondents who misspelled Vagisil but were clearly referring to Vagisil.

| Net Confusion Result | |
|---|---|
| Test Group Gross Confusion Rate | 37% |
| Control Group Noise Rate | 18% |
| Net Confusion Rate | 19% |

The 19% net confusion rate demonstrates a substantial likelihood of confusion that must be attributed specifically to the similarity of the VAGISAN name to VAGISIL, and cannot be dismissed as the product of guessing VAGISIL because it is a well-known brand name in the area of vaginal care products, because of the "VAGI" prefix alone, or as a result of any other forms of respondent or survey error.[9]

It is also significant to observe that no respondents identified another mark used in the vaginal care category that starts with "VAGI" and an "S" suffix. This further confirms that the high rate of identifying VAGISIL is due to the specific similarity of VAGISAN to VAGISIL, and not merely that respondents are guessing or mentioning any name with a "VAGI" prefix.

## IV)   Conclusion

Based on the survey results, it is my opinion that the mark VAGISAN does create a significant likelihood of confusion with respect to VAGISIL due specifically to the similarity of VAGISAN to VAGISIL.

Hal Poret

Dated:  June 7, 2018

---

[9] It is worth noting that the net confusion rate from the first confusion question alone was 16% -- 30% of the Test Group identified VAGISIL when asked who makes or puts out the products and 14% did so in the Control Group.  Accordingly, relying only on the first confusion question would result in a substantial net likelihood of confusion and support the same conclusion as if considering the entire net 19% result.

**THE FOLLOWING APPENDICES PROVIDED SEPARATELY:**

**APPENDIX A – CURRICULUM VITAE OF STUDY'S AUTHOR**
**APPENDIX B – QUESTIONNAIRE**
**APPENDIX C – SCREENSHOTS OF PROGRAMMED SURVEY**
**APPENDIX D – DATA FILE**

**Hal L. Poret** (hal.inc42@gmail.com; 914-772-5087)

*Education*

1998    Harvard Law School, J.D., *cum laude*
- Editor/Writer – Harvard Law Record
- Research Assistant to Professor Martha Minow

1995    S.U.N.Y. Albany, M.A. in Mathematics, *summa cum laude*
- Statistics
- Taught calculus/precalculus/statistics

1993    Union College, B.S. in Mathematics with honors, *magna cum laude*
- Phi Beta Kappa
- Resch Award for Achievement in Mathematical Research

*Employment*

2016 -    President, Hal Poret LLC
- Design, supervise, and analyze consumer surveys, including Trademark, Trade Dress, Advertising Perception, Consumer Deception, Claims Substantiation studies, Damages, and Corporate Market Research Surveys
- Consulting regarding survey design and review of other surveys
- Provided expert testimony at deposition and/or trial regarding survey research in over 100 U.S. District Court litigations and proceedings in front of TTAB, NAD, FTC and FCC.

2004 - 2015   Senior Vice President, ORC International
- Designed, supervised, and analyzed consumer surveys in legal and corporate market research areas, and provided expert testimony regarding survey research in legal cases.

2003 – 2004   Internet Sports Advantage
- Developed and marketed proprietary internet sports product, and licensed trademark and intellectual property rights.

1998 – 2003   Attorney, Foley Hoag & Eliot, Boston, MA
- Represented corporations and individuals in trademark, trade dress, advertising, product, and related legal disputes.
- Worked with survey experts in developing and using surveys as evidence in trademark, trade dress and advertising disputes.

*Testimony at Trial or by Deposition Past 4 Years*

(Party who retained me shown in bold)

2018   Zetor v. **Ridgeway**
       (Trial Testimony Deposition)          USDC Western District of AR

2018   Superior Consulting v. **Shaklee**
       (Deposition and Hearing)              USDC Middle District of FL

2018   Monster Energy Company v. **Integrated Supply Network**
       (Deposition)                          USDC Central District of CA

2018   Sandoz v. **GlaxoSmithkline**
       (Deposition)                          USPTO Opposition

2018   JB-Weld v. **Gorilla Glue Company**
       (Deposition)                          USDC Northern District of GA

2018   Bratton v. **The Hershey Company**
       (Deposition)                          USDC Western District of MO

2018   Leadership Studies v. **Blanchard Training & Development**
       (Deposition)                          USDC Southern District of CA

2017   **Mercado Latino** v. Indio
       (Deposition)                          USDC Central District of CA

2017   Delalat v. **Nutiva**
       (Deposition)                          USDC Northern District of CA

2017   Dashaw v. **New Balance**
       (Deposition)                          USDC Southern District of CA

2017   **Bearing Tech** v. O'Reilly Automotive
       (Deposition)                          USDC Western District of MO

2017   Soundview v. **Facebook**
       (Deposition)                          USDC District of Delaware

2017   Rovi v. **Comcast**
       (Deposition)                          USDC Southern District of NY

2017   Puma v. **Black & Decker**
      (Trial)                       New Mexico Circuit Court

2017   **Select Comfort v.** Personal Comfort
      (Trial and Deposition)        USDC District of Minn

2017   **Alzheimer's Foundation of America** v. Alzheimer's Association
      (Deposition and trial)        USDC Southern District of NY

2017   **Banc of California** v. Farmers & Merchants Bank
      (Deposition)             USDC Central District of CA

2017   PolyGroup v. **Willis Electric**
      (Deposition)             Patent Trial and Appeal Board

2017   In re: NCAA Grant-in-Aid Cap Litigation
      (Deposition)             USDC Northern District of CA

2017   Mullins v. **Premier Nutrition**     USDC Northern District of CA
      (Depositions in Class Cert and Merits phases)

2017   Lion's Gate v. **TD Ameritrade**
      (Deposition)             USDC Central District of CA

2017   **Deere & Company** v. Fimco dba Schaben
      (Deposition and trial)        USDC Western District of KY

2017   **Adidas & Reebok** v. TRB
      (Deposition)             USDC District of Oregon

2017   **Church & Dwight** v. SPD      USDC Southern District of NY
      (Deposition/trial in liability phase; deposition/trial in damages phase)

2017   In re: **Coca Cola** Marketing and Sales Practices Litigation (No. II)
      (Deposition)             USDC Northern District of CA

2017   **Ducks Unlimited** v. Boondux LLC and Caleb Sutton
      (Deposition and Trial)       USDC Western District of TN

2017   Globefill v. **Element Spirits**
      (Deposition and Trial)       USDC Central District of CA

2017   Brickman v. **Fitbit**

| | | |
|---|---|---|
| | (Deposition) | USDC Northern District of CA |
| 2017 | Network-1 Technologies v. **Alcatel-Lucent et al.**<br>(Deposition) | USDC Eastern District of TX |
| 2017 | Health Partner Plans v. **Reading Health Partners**<br>(Deposition and Injunction hearing) | USDC Eastern District of PA |
| 2017 | In Re **Biogen** '755 Patent Litigation<br>(Deposition) | USDC District of NJ |
| 2017 | **Cava Mezze** v. Mezze Mediterranean Grill<br>(Trial) | USDC District of MD |
| 2017 | Mastrandrea v. **Vizio**<br>(Deposition) | USDC Central District of CA |
| 2017 | **Adidas** v. Skechers<br>(Deposition and Injunction hearing) | USDC District of OR |
| 2016 | **Triumph International, Inc.** v. Gourmetgiftbaskets.com, Inc.<br>(Deposition) | USDC Central District of CA |
| 2016 | Phelan Holdings v. **Rare Hospitality Management**<br>(Deposition) | USDC Middle District of FL |
| 2016 | **Intellectual Ventures II** v. AT&T Mobility<br>(Deposition) | USDC District of DE |
| 2016 | **One World Foods** v. Stubbs Austin Restaurant Company<br>(Deposition) | USDC Western District of TX |
| 2016 | **Booking.com B.V.** v. Michelle Lee<br>(Deposition) | USDC Eastern District of VA |
| 2016 | Variety Stores v. **Walmart Stores, Inc.**<br>(Trial) | USDC Eastern District of NC |
| 2016 | **American Cruise Lines** v. American Queen Steamboat Company<br>(Deposition) | USDC District of DE |
| 2016 | Universal Church v. **Univ. Life Church**<br>(Deposition) | USDC Southern District of NY |

| | | |
|---|---|---|
| 2016 | **U. of Houston** v. Houston Col. of Law (Deposition) | USDC Southern District of TX |
| 2016 | Navajo Nation v. **Urban Outfitters** (Daubert Hearing) | USDC District of NM |
| 2016 | Beaulieu v. **Mohawk Carpet Dist.** (Deposition) | USDC Northern District of GA |
| 2016 | Efficient Frontiers v. **Reserve Media** (Deposition) | USDC Central District of CA |
| 2016 | **McAirlaids** v. Medline Industries (Deposition) | USDC Eastern District of VA |
| 2016 | **Under Armour** v. Ass Armor (Deposition) | USDC Southern District of FL |
| 2016 | **C5 & CoorsTek** v. CeramTec (Deposition and trial) | USDC District of Colorado |
| 2016 | **BBC** v. Stander (Deposition) | USDC Central District of CA |
| 2016 | **Caterpillar** v. Tigercat (Deposition) | USPTO Opposition |
| 2016 | Premier v. **Dish Network** (Deposition) | USPTO Opposition |
| 2016 | **Omaha Steaks** v. Greater Omaha (Rebuttal Testimony) | USPTO Opposition |
| 2016 | **EMC** v. Pure Storage (Deposition) | USDC District of MA |
| 2016 | **Top Tobacco** v. North Atlantic (Deposition) | USPTO Opposition |
| 2016 | Ascension Health v. **Ascension Ins.** (Deposition) | USDC Eastern District of MO |

2016   **Quoc Viet** v. VV Foods
       (Deposition and trial)                    USDC Central District of CA

2016   Joules v. **Macy's Merchandising Group**
       (Deposition and trial)                    USDC Southern District of NY

2015   MMG v. **Heimerl & Lammers**
       (Deposition and trial)                    USDC District of MN

2015   **PRL USA** v. Rolex
       (Deposition)                              USDC Southern District of NY

2015   Bison Designs v. **Lejon**
       (Deposition)                              USDC District of CO

2015   Barrera v. **Pharmavite**
       (Deposition)                              USDC Central District of CA

2015   **Flowers** v. Bimbo Bakeries
       (Deposition)                              USDC Middle District of GA

2015   Razor USA v. **Vizio**
       (Deposition)                              USDC Central District of CA

2015   Allen v. **Simalasan**
       (Deposition)                              USDC Southern District of CA

2015   BMG Rights Mgmt. v. **Cox Enterprises**
       (Deposition and trial)                    USDC Eastern District of VA

2015   Verisign v. **XYZ.COM LLC**
       (Deposition)                              USDC Eastern District of VA

2015   Farmer Boys v. **Farm Burger**
       (Deposition)                              USDC Central District of CA

2015   Ono v. **Head Racquet Sports**
       (Deposition)                              USDC Central District of CA

2015   **Select Comfort v.** Tempur Sealy
       (Deposition)                              USDC District of Minn

2015   ExxonMobil v. **FX Networks**

.

| | | |
|---|---|---|
| | (Deposition) | USDC Southern District of TX |
| 2015 | **Delta** v. Network Associates (Deposition) | USDC Middle District of FL |
| 2015 | Brady v. **Grendene** (Deposition) | USDC Central District of CA |
| 2015 | **Zippo** v. LOEC (Deposition) | USDC Central District of CA |
| 2015 | Maier v. **ASOS** (Deposition) | USDC District of Maryland |
| 2015 | **Converse** In re: Certain Footwear (Deposition and trial) | International Trade Commission |
| 2014 | Scholz v. **Goudreau** (Deposition) | USDC District of Mass |
| 2014 | **Economy Rent-A-Car** v. Economy Car Rentals (TTAB Testimony) | USPTO |
| 2014 | Weber v. **Sears** (Deposition) | USDC Northern District of IL |
| 2014 | Native American Arts v. **Stone** (Deposition) | USDC Northern District of IL |
| 2014 | Gravity Defyer v. **Under Armour** (Trial) | USDC Central District of CA |
| 2014 | **Adams** v. Target Corporation (Deposition) | USDC Central District of CA |
| 2014 | PODS v. **UHAUL** (Deposition and trial) | USDC Middle District of FL |
| 2014 | Flushing v. **Green Dot Bank** (Deposition) | USDC Southern District of NY |
| 2014 | Amy's Ice Creams v. **Amy's Kitchen** (Deposition) | USDC Western District of TX |

| | | |
|---|---|---|
| 2014 | **Unity Health** v. UnityPoint (Deposition) | USDC Western District of WI |
| 2014 | In re: NCAA Student-athlete litigation (Deposition and Trial) | USDC Northern District of CA |
| 2014 | Spiraledge v. **SeaWorld** (Deposition) | USDC Southern District of CA |
| 2014 | **Diageo N.A. v.** Mexcor (Deposition and trial) | USDC Southern District of TX |
| 2014 | **Pam Lab** v. Virtus Pharmaceutical (Deposition and trial) | USDC Southern District of FL |
| 2014 | **US Soccer Federation** v. Players Ass'n (Arbitration Testimony) | Arbitration |
| 2014 | **Estate of Marilyn Monroe** v. AVELA (Deposition) | USDC Southern District of NY |
| 2014 | Kelly-Brown v. **Winfrey, et al.** (Deposition) | USDC Southern District of NY |
| 2014 | Virco Mfg **v. Hertz & Academia** (Deposition) | USDC Central District of CA |
| 2014 | In re: Hulu Privacy Litigation **(Deposition)** | USDC Northern District of CA |
| 2013 | **Jackson Family Wines** v. Diageo (Deposition) | USDC Northern District of CA |
| 2013 | Bubbles, Inc. v. **Sibu, LLC.** (Deposition) | USDC Eastern District of VA |
| 2013 | Clorox v. **Industrias Dalen** (Deposition) | USDC Northern District of CA |
| 2013 | Active Ride Shop v. **Old Navy** (Deposition and trial) | USDC Central District of CA |

2013   **Macy's Inc**. v. Strategic Marks LLC.          Northern District of CA
       (Deposition)

2013   Karoun Dairies, Inc. v. **Karoun Dairies, Inc.**   Southern District of CA
       (Deposition)

2013   **Kraft Foods** v. Cracker Barrel Old Country      Northern District of IL
       (Deposition and Trial)

2013   **Bayer Healthcare** v. Sergeants Pet Care USDC Southern District of NY
       (Deposition and Trial)

2013   JJI International v. **The Bazar Group, Inc.**      USDC District of RI
       (Deposition)

2013   **Fage Dairy USA** v. General Mills                Northern District of NY
       (Deposition)

2013   Gameshow Network v. **Cablevision**                F.C.C.
       (Deposition and trial)

2013   Telebrands v. **Meyer Marketing**                  USDC Eastern District of CA
       (Deposition)


*Presentations*

What's New in Advertising Law, Claim Support and Self-Regulation?
(ABA Seminar, November 17, 2015)

How Reliable is Your Online Survey
(2015 ASRC Annual Conference, September 29, 2015)

What Do Consumers Think?  Using Online Surveys to Demonstrate Implied Claims
(ANA Advertising Law and Public Policy Conference, April 1, 2015)

Cutting Edge Developments in Trademark Surveys (Rocky Mountain Intellectual
Property & Technology Institute, May 30, 2013)

Using Survey Experts in Trademark Litigation (DRI Intellectual Property Seminar, May
9, 2013)

Surveys in Trademark and Advertising Litigation (2013 National CLE Conference, Snowmass Colorado, January 2013)

Internet Survey Issues (PLI Hot Topics in Advertising Law Conference, March 2012)

Measuring Consumer Confusion Through Online Surveys (2011 Midwest IP Institute) (September, 2011)

Online Surveys as Evidence in Trademark Disputes (International Trademark Association Annual Conference, May 2011)

Managing Intellectual Property Trademark Roundtable (April 7, 2010)

Recent Trends in Trademark Surveys (Virginia State Bar Intellectual Property Conference, October 2009)

Trademark Surveys in US Litigation (presentation for International Trademark Association Annual Conference) (May 2009)

How to Conduct Surveys for use in Trademark Disputes (Practicing Law Institute Advanced Trademark Law Conference) (May 2009)

Trademark and Advertising Perception Studies for Legal Disputes (Opinion Research Corporation Seminar, June 2008)

Understanding Advertising Perception Surveys (Promotions Marketing Association Annual Law Conference) (November 2007)

Designing and Implementing Studies to Substantiate Advertising Claims (American Conference Institute Claims Substantiation Conference, October 2007)

Surveys in Trademark and False Advertising Disputes (InfoUSA Webinar, June 2007)

Measuring Consumer Perception in False Advertising and Trademark Cases, (multiple presentations) (2007)

Potential Errors to Avoid In Designing a Trademark Dilution Survey (American Intellectual Property Association paper, April 2007)

Consumer Surveys in Trademark and Advertising Cases (presentation at Promotions Marketing Association Annual Law Conference) (December 2006)

Use of Survey Research and Expert Testimony in Trademark Litigation, (International Trademark Association Annual Conference, May 2006)

Survey Research as Evidence in Trademark/Trade Dress Disputes (multiple presentations) (2006)

Using Surveys to Measure Secondary Meaning of Trade Dress, Legal Education Seminar, Boston, April 2006

*Publications/Papers*

Cutting Edge Developments in Trademark Surveys (Rocky Mountain Intellectual Property & Technology Institute, May 2013)

Hot Topics and Recent Developments in Trademark Surveys (paper for May 2013 DRI Intellectual Property Conference)

Surveys in Trademark and Advertising Litigation (2013 National CLE Conference, Snowmass Colorado, January 2013)

Trademark Litigation Online Consumer Surveys (Practical Law Company Intellectual Property and Technology, May 2012)

Hot Topics in Advertising Law 2012 (Contributor to Practising Law Institute publication)

A Comparative Empirical Analysis of Online Versus Mall and Phone Methodologies for Trademark Surveys, 100 TMR 756 (May-June 2010)

Recent Trends in Trademark Surveys (paper for Virginia State Bar Intellectual Property conference, October 2009)

Trademark Dilution Revision Act breathes new life into dilution surveys (In Brief PLI website, June 2009)

The Mark (Survey Newsletter; three editions 2009)

Hot Topics in Trademark Surveys (paper for Practicing Law Institute Advanced Trademark Law Conference) (May 2009)

The Mark (Survey Newsletter, 2008)

Trademark and Advertising Survey Report (Summer 2007)

Avoiding Pitfalls in Dilution Surveys under TDRA (AIPLA Spring Conference, Boston, May 2007)

### *Commentary*

Comment on Hotels.com case (on TTABLOG.COM, July 24, 2009)

Comment on Nextel v. Motorola (on TTABLOG.COM, June 19, 2009)

PLI All-Star Briefing Newsletter, "What does the Trademark Dilution Revision Act mean for the future of Dilution Surveys?" (June 2009)

### *Professional Memberships/Affiliations*

American Association of Public Opinion Research

International Trademark Association

National Advertising Division of Council of Better Business Bureaus

| SCREENER |
| --- |

**BASE: ALL RESPONDENTS**
Q50    Insert Captcha [HIDE "YOU ARE HUMAN" SCREEN]

**BASE: ALL RESPONDENTS**
Q100   Please select your year of birth. **[PROGRAMMER: DROP DOWN
        MENU. TERMINATE IF DOES NOT MATCH PANELIST'S
        PRELOAD.]**

**ASK IF: HAS NOT TERMINATED**
Q105   Are you… **[CHECK AGAINST PANEL VARIABLE AND TERMINATE
        IF IT DOES NOT MATCH]**
    1.  Male **[TERMINATE]**
    2.  Female [PROGRAMMER: FOR PANEL VARIABLE VERIFICATION]

**ASK IF: HAS NOT TERMINATED**
Q107   Which of these age ranges includes your age?
        **[TERMINATE IF UNDER 18 OR IF AGE RANGE NOT POSSIBLE
        BASED ON YEAR OF BIRTH ENTERED IN Q100. NOTE – Each
        respondent can have two possible ages depending on if respondent's
        birthday has passed.]**

    1.  Under 18 [TERMINATE]
    2.  18 to 34
    3.  35 to 54
    4.  55 or older

Appendix B: Vaginal Care Questionnaire

**BASE: ANY NON-TERMINATES**
Q109   Which of the following web browsers or search engines, if any, have you used in the past 3 months?

*Please select all that apply.*
[RANDOMIZE]
1. Google Chrome
2. Internet Explorer
3. Microsoft Edge
4. Bing
5. Yahoo
6. Firefox
7. Opera
8. Hagelin **[TERMINATE]**
9. Other **[ANCHOR]**
10. Not sure **[ANCHOR; EXCLUSIVE]**

**[Terminate if selects 109/8 or if selects all of 109/1-7]**

**ASK IF: HAS NOT TERMINATED**
Q110   In what state do you live?
**[PROGRAMMER: Drop down menu of states plus D.C. Include an option for "Other" and terminate if it is selected.]**

**ASK IF: HAS NOT TERMINATED**
Q120   Do you or does anyone in your household work in either advertising or market research?
*(Select all that apply)*
[RANDOMIZE]
1. Yes, advertising **[TERMINATE]**
2. Yes, market research **[TERMINATE]**
3. No, neither of these **[ANCHOR; EXCLUSIVE]**

Appendix B: Vaginal Care Questionnaire

**ASK IF: HAS NOT TERMINATED**
Q130   In the past 12 months, which of the following, if any, have you personally
       purchased?
       *(Select all that apply)*
       [RANDOMIZE]
1. Vaginal moisturizers, vaginal washes, or vaginal anti-fungal products
2. Tooth whitening pastes, tooth whitening gels, or tooth whitening systems
3. Shaving creams, shaving gels, or shaving moisturizing products
4. Acne creams, acne washes, or acne skin treatments
5. None of these **[ANCHOR; EXCLUSIVE]**

**ASK IF: HAS NOT TERMINATED**
Q140   In the next 12 months, which of the following, if any, are you likely to
       personally purchase?
       *(Select all that apply)*
       [REPEAT OPTIONS FROM Q130 IN SAME ORDER]

**[MUST SELECT AT LEAST ONE OF: Q130=1 OR Q140=1 TO CONTINUE;
OTHERWISE, TERMINATE.]**

**ASK IF: HAS NOT TERMINATED**
Q160   For quality assurance, please type the word "west" in the blank next to the
       "Other" box below and then click to continue.
       1. Strongly agree
       2. Agree
       3. Neutral
       4. Disagree
       5. Strongly disagree
       6. Other _____ [DO NOT FORCE TEXT BOX]
[TERMINATE IF SELECTED 160/1-5 OR DOES NOT TYPE IN AN ANSWER.
ALLOW RESPONDENT TO CONTINUE IF THEY TYPE IN AN ANSWER,
REGARDLESS OF WHAT IS TYPED.]

## ASK IF: HAS NOT TERMINATED

Q170   You have qualified to take this survey.  Before continuing, please carefully read these instructions:

*       Please take the survey in <u>one</u> session without interruption.
*       Please keep your browser maximized for the entire survey.
*       While taking the survey, please do not consult any other websites or other electronic or written materials.
*       Please answer all questions on your own without consulting any other person.
*       If you normally wear eye glasses or contact lenses when viewing a computer screen, please wear them for the survey.

    1.   I understand and agree to the above instructions
    2.   I do not understand or do not agree to the above instructions **[TERMINATE]**

---

| MAIN SURVEY – ONLY QUALIFIED RESPONDENTS CONTINUE. |
| --- |

## ASK: ALL QUALIFIED RESPONDENTS

Q200   For this survey we would like you to imagine that you are considering purchasing a <u>vaginal moisturizer, vaginal wash, or vaginal anti-fungal product</u>.

On the next screen you will be asked to look at a <u>name</u>.  Please look at the name as you would if you were seeing it in connection with a vaginal moisturizer, vaginal wash, or vaginal anti-fungal product.

On later screens, you will be asked a few questions.  If for any question you do not know or have no opinion, please indicate so.  Please do not guess.

Appendix B: Vaginal Care Questionnaire

<u>ASK: ALL QUALIFIED</u>
Q205.  Please review the following name and description of products offered in connection with the name.

FOR CELL 1 DISPLAY:

# VAGISAN

**Vaginal moisturizers, vaginal washes, and vaginal anti-fungal products**

FOR CELL 2 DISPLAY:

# VAGIPUR

**Vaginal moisturizers, vaginal washes, and vaginal anti-fungal products**

**[DISABLE CONTINUE BUTTON FOR 15 SECONDS. WHILE THE CONTINUE BUTTON IS DISABLED, INCLUDE THE FOLLOWING LINE BENEATH THE CONCEPT:]** You will be able to continue after a minimum of 15 seconds has passed.
**[PROGRAMMING: AFTER 15 SECONDS, <u>REMOVE</u> THE ABOVE LINE AND ENABLE CONTINUE BUTTON.]**


<u>ASK: ALL QUALIFIED RESPONDENTS</u>
Q210  On the next screens you will be asked about the products that we just told you about – namely, vaginal moisturizers, vaginal washes, and vaginal anti-fungal products offered in connection with the name _____ **[insert & underline <u>VAGISAN</u> for Cell 1 or <u>VAGIPUR</u> for Cell 2]**.

<u>ASK: ALL QUALIFIED RESPONDENTS</u>
Q220  What company or brand do you think puts out the products we just told you about, if you have an opinion?

[LARGE TEXT BOX FOR ANSWER; INCLUDE OPTION FOR "No opinion/Don't know"]

Appendix B: Vaginal Care Questionnaire

**ASK: 220 = entered text**
Q225   You answered that you think the products are put out by _____. **[Pipe
in & underline answer from 220]**

What makes you think so?

*Please be as specific and complete as possible.*

[LARGE TEXT BOX FOR ANSWER; INCLUDE OPTION FOR "No
opinion/Don't know"]

**ASK: ALL QUALIFIED RESPONDENTS**
Q250   Do you think the company that makes the products we just told you about
also makes any <u>other</u> products that you know of?
1.  Yes, I do
2.  No, I do not
3.  Don't know/Unsure

**ASK: 250=1**
Q260   You answered that you think the company that makes the products we
just told you about also makes other products that you know of.

What other products?

*Please be as specific as possible.*

*If you are thinking of more than one product, please identify each in a separate
row below.  If you don't know, you may select that option.*

**[DISPLAY FIVE TEXT BOXES & AN OPTION FOR "Don't know".
RESPONDENTS MUST ENTER TEXT IN AT LEAST ONE BOX, OR SELECT
DK, BUT DO NOT ALLOW BOTH.]**

**ASK: 260=ENTERED TEXT IN AT LEAST ONE BOX**
Q265   Any products you identified are listed below. Next to each one, please tell
us what makes you think that the company that makes the products we
told you about also makes the product you identified.

**[PROGRAMMER: SHOW ONE ROW FOR EACH ITEM ENTERED IN Q260.]**

| Product | Reasons: |
|---|---|
| [INSERT FROM 260] | [text box] |

Appendix B: Vaginal Care Questionnaire

| [INSERT FROM 260] | [text box] |
|---|---|
| [INSERT FROM 260] | [text box] |
| [INSERT FROM 260] | [text box] |
| [INSERT FROM 260] | [text box] |

**ASK: 260=DK**

Q267   What made you answer that the company that makes the products we told you about also makes other products that you know of?
**[LARGE TEXT BOX. FORCE RESPONSE.]**

**ASK: ALL QUALIFIED RESPONDENTS**

Q270   Do you think the products that we told you about are affiliated with, or sponsored or approved by, any other company or brand?
1. Yes, I do
2. No, I do not
3. Don't know/Unsure

**ASK: 270=1**

Q280   You answered that you think the products we told you about are affiliated with, or sponsored or approved by, another company or brand.

What other company or brand?

*If you are thinking of more than one, please identify each in a separate row below. If you don't know, you may select that option.*

**[DISPLAY FIVE TEXT BOXES & AN OPTION FOR "Don't know". RESPONDENTS MUST ENTER TEXT IN AT LEAST ONE BOX, OR SELECT DK, BUT DO NOT ALLOW BOTH.]**

**ASK: 280=ENTERED TEXT IN AT LEAST ONE BOX**

Q285   Any other companies or brands you named are listed below. Next to each one, please tell us what makes you think the products we told you about are affiliated with, or sponsored or approved by, the company or brand you identified.

**[PROGRAMMER: SHOW ONE ROW FOR EACH ITEM ENTERED IN Q280.]**

| Company/brand: | Reasons: |
|---|---|

Appendix B: Vaginal Care Questionnaire

| [INSERT FROM 280] | [text box] |
|---|---|
| [INSERT FROM 280] | [text box] |
| [INSERT FROM 280] | [text box] |
| [INSERT FROM 280] | [text box] |
| [INSERT FROM 280] | [text box] |

**ASK: 280=DK**

Q287  What made you answer that you think the products we told you about are affiliated with, or sponsored or approved by, another company or brand? **[LARGE TEXT BOX. FORCE RESPONSE.]**

**ASK: ALL QUALIFIED RESPONDENTS**

400.  Do you or does anyone in your household work for a company that makes vaginal care products?

    1.    Yes

    2.    No

    3.    Don't know

Appendix C: Survey Screenshots

---
| SCREENER |
| --- |
---

## Q50

0%

I'm not a robot

Continue »

Privacy Policy - Help

## Q100

0%

Please select your year of birth.

Select one

Continue »

Privacy Policy - Help

## Q105

4%

Are you...

Male

Female

Continue »

Privacy Policy - Help

Appendix C: Survey Screenshots

## Q107

8%

Which of these age ranges includes your age?

Under 18

18 to 34

35 to 54

55 or older

Continue »

Privacy Policy - Help

## Q109

12%

Which of the following web browsers or search engines, if any, have you used in the past 3 months?
*(Please select all that apply.)*

Hagelin

Opera

Bing

Google Chrome

Microsoft Edge

Yahoo

Firefox

Internet Explorer

Other

Not sure

Continue »

Privacy Policy - Help

## Q110

19%

In what state do you live?

Select one

Continue »

Privacy Policy - Help

Appendix C: Survey Screenshots

## Q120

24%

Do you or does anyone in your household work in either advertising or market research?
*(Select all that apply)*

Yes, market research

Yes, advertising

No, neither of these

Continue »

Privacy Policy - Help

## Q130

29%

In the past 12 months, which of the following, if any, have you personally purchased?
*(Select all that apply)*

Vaginal moisturizers, vaginal washes, or vaginal anti-fungal products

Acne creams, acne washes, or acne skin treatments

Tooth whitening pastes, tooth whitening gels, or tooth whitening systems

Shaving creams, shaving gels, or shaving moisturizing products

None of these

Continue »

Privacy Policy - Help

## Q140

36%

In the next 12 months, which of the following, if any, are you likely to personally purchase?
*(Select all that apply)*

Vaginal moisturizers, vaginal washes, or vaginal anti-fungal products

Acne creams, acne washes, or acne skin treatments

Tooth whitening pastes, tooth whitening gels, or tooth whitening systems

Shaving creams, shaving gels, or shaving moisturizing products

None of these

Continue »

Privacy Policy - Help

Appendix C: Survey Screenshots

## Q160

41%

For quality assurance, please type the word "west" in the blank next to the "Other" box below and then click to continue.

Strongly agree

Agree

Neutral

Disagree

Strongly disagree

Other

Continue »

Privacy Policy · Help

## Q170

47%

You have qualified to take this survey. Before continuing, please carefully read these instructions:

- Please take the survey in <u>one</u> session without interruption.

- Please keep your browser maximized for the entire survey.

- While taking the survey, please do not consult any other websites or other electronic or written materials.

- Please answer all questions on your own without consulting any other person.

- If you normally wear eye glasses or contact lenses when viewing a computer screen, please wear them for the survey.

I understand and agree to the above instructions

I do not understand or do not agree to the above instructions

Continue »

Privacy Policy · Help

Appendix C: Survey Screenshots

---

**MAIN SURVEY**

---

Q200

55%

For this survey we would like you to imagine that you are considering purchasing a vaginal moisturizer, vaginal wash, or vaginal anti-fungal product.

On the next screen you will be asked to look at a name. Please look at the name as you would if you were seeing it in connection with a vaginal moisturizer, vaginal wash, or vaginal anti-fungal product.

On later screens, you will be asked a few questions. If for any question you do not know or have no opinion, please indicate so. Please do not guess.

Continue ▸

Privacy Policy · Help

Q205

**CELL 1:**

60%

Please review the following name and description of products offered in connection with the name.

> # VAGISAN
>
> Vaginal moisturizers, vaginal washes, and vaginal anti-fungal products

Continue ▸

Privacy Policy · Help

**CELL 2:**

60%

Please review the following name and description of products offered in connection with the name.

> # VAGIPUR
>
> Vaginal moisturizers, vaginal washes, and vaginal anti-fungal products

Continue ▸

Privacy Policy · Help

Appendix C: Survey Screenshots

## Q210   **Cell 1**

68%

On the next screens you will be asked about the products that we just told you about – namely, vaginal moisturizers, vaginal washes, and vaginal anti-fungal products offered in connection with the name VAGISAN.

Continue »

Privacy Policy - Help

## Q210   **Cell 2**

68%

On the next screens you will be asked about the products that we just told you about – namely, vaginal moisturizers, vaginal washes, and vaginal anti-fungal products offered in connection with the name VAGIPUR.

Continue »

Privacy Policy - Help

## Q220

72%

What company or brand do you think puts out the products we just told you about, if you have an opinion?

No opinion/Don't know

Continue »

Privacy Policy - Help

Appendix C: Survey Screenshots

## Q225

76%

You answered that you think the products are put out by ---.

**What makes you think so?**
*(Please be as specific and complete as possible.)*

No opinion/Don't know

Continue »

## Q250

76%

Do you think the company that makes the products we just told you about also makes any <u>other</u> products that you know of?

Yes, I do

No, I do not

Don't know/unsure

Continue »

Appendix C: Survey Screenshots

## Q260

85%

You answered that you think the company that makes the products we just told you about also makes other products that you know of.

**What other products?**
*(Please be as specific as possible.)*

*If you are thinking of more than one product, please identify each in a separate row below. If you don't know, you may select that option.*

Don't know

Continue »

Privacy Policy - Help

## Q265

85%

Any products you identified are listed below. Next to each one, please tell us what makes you think that the company that makes the products we told you about also makes the product you identified.

Product                                    Reasons:

--

--

Continue »

Privacy Policy - Help

Appendix C: Survey Screenshots

## Q267

85%

What made you answer that the company that makes the products we told you about also makes other products that you know of?

Continue »

Privacy Policy - Help

## Q270

89%

Do you think the products that we told you about are affiliated with, or sponsored or approved by, any other company or brand?

Yes, I do

No, I do not

Don't know/Unsure

Continue »

Privacy Policy - Help

## Q280

93%

You answered that you think the products we told you about are affiliated with, or sponsored or approved by, another company or brand.

What other company or brand?

*If you are thinking of more than one, please identify each in a separate row below. If you don't know, you may select that option*

Don't know

Continue »

Privacy Policy - Help

Appendix C: Survey Screenshots

## Q285

93%

Any other companies or brands you named are listed below. Next to each one, please tell us what makes you think the products we told you about are affiliated with, or sponsored or approved by, the company or brand you identified.

Company/brand:                                          Reasons:

——

——

Continue »

## Q287

93%

What made you answer that you think the products we told you about are affiliated with, or sponsored or approved by, another company or brand?

Continue »

## Q400

99%

Do you or does anyone in your household work for a company that makes vaginal care products?

Yes

No

Don't know

Finish

1

| record | record | date | Vagisil | Q220 | noanswer Q220_na1 | Q225 | Q260r1 | Q260r2 | Q260r3 | Q260r4 | Q265r1c1 | Q265r2c1 | Q265r3c1 | Q265r4c1 | Q265r5c1 | Q267 | Q270 | Q280r1 | QCell |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | 7 | 05/30/2018 14:30 | | VagiPur | 0 | Product name | | | | | | | | | | | 1 | Eve | 2 |
| 28 | 28 | 05/30/2018 14:29 | | | 1 | | | | | | | | | | | | 3 | | 1 |
| 30 | 30 | 05/30/2018 14:30 | | | 1 | | | | | | | | | | | | 3 | | 2 |
| 43 | 43 | 05/30/2018 14:32 | | Vagisan | 0 | Your previous graphic said so | | | | | | | | | | | 2 | | 1 |
| 71 | 71 | 05/30/2018 14:33 | | | 1 | | | | | | | | | | | | 3 | | 2 |
| 73 | 73 | 05/30/2018 14:38 | | | 1 | | | | | | | | | | | | 2 | | 2 |
| 81 | 81 | 05/30/2018 14:33 | | | 1 | | | | | | | | | | | | 3 | | 1 |
| 100 | 100 | 05/30/2018 14:40 | | replens | 0 | | | | | | | | | | | | 3 | | 1 |
| 102 | 102 | 05/30/2018 14:38 | | | 1 | | | | | | | | | | | | 3 | | 1 |
| 116 | 116 | 05/30/2018 14:39 | x | | 1 | | Vagisil | | | | similar name and related product | | | | | | 3 | | 2 |
| 118 | 118 | 05/30/2018 14:42 | | | 1 | | | | | | | | | | do not know | | 1 | do not know | 1 |
| 125 | 125 | 05/30/2018 14:40 | | Vagipur | 0 | That was the name that was listed | | | | | | | | | | | 3 | | 2 |
| 126 | 126 | 05/30/2018 14:41 | | vagism | 0 | name on it | | | | | | | | | | | 3 | | 1 |
| 131 | 131 | 05/30/2018 14:41 | | VAGIPUR | 0 | That's the only brand name that appeared. | | | | | | | | | | | 3 | | 2 |
| 143 | 143 | 05/30/2018 14:44 | | Vagipur | 0 | Name on product | | | | | | | | | | | 1 | | 2 |
| 150 | 150 | 05/30/2018 14:46 | x | Vagisil | 0 | How close the two names are to each other | douches | vaginal wash | | | Because its the type of product they make | Because its the type of product they make | | | | | 3 | | 2 |
| 159 | 159 | 05/30/2018 14:47 | x | Vagisil | 0 | That's the most common name brand | Creams | Ovulation test | anti-fungal cream | cool wipes | Because I know they do. | Because I know they do. | Because I know they do. | Because I know they do. | | | 1 | | 1 |
| 164 | 164 | 05/30/2018 14:46 | | Vagisan | 0 | that was the name presented | | | | | | | | | | | 3 | | 1 |
| 165 | 165 | 05/30/2018 14:46 | x | Vagasil | 0 | It sounds similar to Vagasin | Vagisal for infections | | | | They are a competitor of Monistat | | | | | | 2 | | 1 |
| 167 | 167 | 05/30/2018 14:46 | | | 1 | | | | | | | | | | | | 3 | | 1 |

| record | record | date | Vagisil | Q220 | noanswer Q220_na1 | Q225 | Q260r1 | Q260r2 | Q260r3 | Q260r4 | Q265r1c1 | Q265r2c1 | Q265r3c1 | Q265r4c1 | Q265r5c1 | Q267 | Q270 | Q280r1 | QCell |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 171 | 171 | 05/30/2018 14:51 | | Vagipur may be help me to clear my vagina | 0 | | olay | clinique | loreal | | popular product | good but expensive | good | | | | 1 | | 2 |
| 189 | 189 | 05/30/2018 14:52 | | Vagipur | 0 | name was shown, never heard of | | | | | | | | | | | 3 | | 2 |
| 205 | 205 | 05/30/2018 14:55 | | | 1 | | | | | | | | | | | | 3 | | 1 |
| 206 | 206 | 05/30/2018 15:03 | | | 1 | | | | | | | | | | | | 3 | | 1 |
| 220 | 220 | 05/30/2018 15:05 | | vagipur | 0 | it said so | | | | | | | | | | | 2 | | 2 |
| 225 | 225 | 05/30/2018 15:03 | | do not know | 0 | | | | | | | | | | | | 3 | | 2 |
| 235 | 235 | 05/30/2018 15:05 | x | vagisil | 0 | they make those products | cream | wipes | spray | | they make those product | the products are related | they make them | | | | 2 | | 2 |
| 246 | 246 | 05/30/2018 15:26 | | VAGIPUR | 0 | that it what it said | | | | | | | | | | | 3 | | 2 |
| 255 | 255 | 05/30/2018 15:10 | x | Vagisil | 0 | both start with Vagi | | | | | | | | | | | 3 | | 1 |
| 281 | 281 | 05/30/2018 15:33 | | | 1 | | | | | | | | | | | Most companies make many products | 1 | | 1 |
| 284 | 284 | 05/30/2018 15:20 | | p&g, Johnson & johnson | 0 | they make this type of thing | baby powder | tampons | toilet paper | saran wrap | because they make stuff like this | because they make stuff like this | because they make stuff like this | because they make stuff like this | | | 3 | | 2 |
| 285 | 285 | 05/30/2018 15:21 | x | vagisil | 0 | the name is similar | wash | | | | generally all female name brand products have a series of washes, gel and douches. | | | | | | 3 | | 1 |
| 287 | 287 | 05/30/2018 15:20 | | | 1 | | | | | | | | | | | | 1 | | 1 |
| 295 | 295 | 05/30/2018 15:22 | | | 1 | | | | | | | | | | | | 3 | | 2 |
| 300 | 300 | 05/30/2018 15:24 | | | 1 | | | | | | | | | | | | 3 | | 2 |

| record | record | date | Vagisil | Q220 | noanswer Q220_na1 | Q225 | Q260r1 | Q260r2 | Q260r3 | Q260r4 | Q265r1c1 | Q265r2c1 | Q265r3c1 | Q265r4c1 | Q265r5c1 | Q267 | Q270 | Q280r1 | QCell |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 309 | 309 | 05/30/2018 15:32 | | Vagisan | 0 | That was the most prominent name in the display. I did wonder if it was a brand name or the name of a company/corporation that makes the product. | | | | | | | | | | | 3 | | 1 |
| 310 | 310 | 05/30/2018 15:28 | x | vagisan | 0 | the brand was front and center | | | | | | | | | | | 1 | vagasil | 1 |
| 329 | 329 | 05/30/2018 15:35 | x | | 1 | | vagisil | | | | spound the same | | | | | | 3 | | 2 |
| 356 | 356 | 05/30/2018 15:51 | | | 1 | | | | | | | | | | | | 3 | | 2 |
| 358 | 358 | 05/30/2018 15:46 | | | 1 | | | | | | | | | | | | 2 | | 1 |
| 364 | 364 | 05/30/2018 15:53 | | | 1 | | | | | | | | | | | | 1 | vagnial | 2 |
| 374 | 374 | 05/30/2018 15:51 | | vagisan | 0 | it says | | | | | | | | | | | 3 | | 1 |
| 385 | 385 | 05/30/2018 16:01 | | vagapoor | 0 | | | | | | | | | | | | 1 | | 2 |
| 386 | 386 | 05/30/2018 15:56 | | | 1 | | | | | | | | | | | | 3 | | 1 |
| 394 | 394 | 05/30/2018 15:58 | | | 1 | | | | | | | | | | | | 3 | | 2 |
| 395 | 395 | 05/30/2018 16:00 | x | | 1 | | | | | | | | | | | | 1 | vagisil | 1 |
| 397 | 397 | 05/30/2018 15:59 | | Vagisan? | 0 | Those were the largest letters? | | | | | | | | | | | 2 | | 1 |
| 402 | 402 | 05/30/2018 16:02 | | | 1 | | | | | | | | | | | | 1 | Monistat | 2 |
| 414 | 414 | 05/30/2018 16:10 | | Procter and Gamble | 0 | Just guessing | face moisturizer | body moisturizer | shaving cream | toothpaste | similar ingredients | similar ingredients | big company usually makes more than one product | Is a very needed product | | | 3 | | 1 |
| 415 | 415 | 05/30/2018 16:03 | | | 1 | | | | | | | | | | | | 3 | | 2 |
| 450 | 450 | 05/30/2018 16:10 | | | 1 | | | | | | | | | | | | 1 | | 1 |
| 452 | 452 | 05/30/2018 16:12 | | Proctor and Gamble | 0 | It sounded like a medical name | Baby Wipes | | | | it has to do with personal care | | | | | | 3 | | 2 |
| 477 | 477 | 05/30/2018 16:31 | x | Vagisil | 0 | Seems to offer similar products with the same benefits. | Yeast infection | | | | They make similar products | | | | | | 3 | | 1 |
| 503 | 503 | 05/30/2018 16:33 | | Suave | 0 | They makes a lot of products | qtips | lotions | | | For the body care | for the body care | | | | | 3 | | 1 |
| 507 | 507 | 05/30/2018 16:29 | | | 1 | | | | | | | | | | | | 3 | | 2 |
| 526 | 526 | 05/30/2018 16:44 | | Replens, Summers Eve | 0 | Because they make vaginal products. | | | | | | | | | | | 3 | | 2 |

4

| record | record | date | Vagisil | Q220 | noanswer Q220_na1 | Q225 | Q260r1 | Q260r2 | Q260r3 | Q260r4 | Q265r1c1 | Q265r2c1 | Q265r3c1 | Q265r4c1 | Q265r5c1 | Q267 | Q270 | Q280r1 | QCell |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 527 | 527 | 05/30/2018 16:44 | | Johnson and Johnson | 0 | They make sevreral products | Cleaners | Waxes | Furniture polish | food | Because I seen in stores | Seen in stores and in comercials. | seen in ads, stores, comercials | I Just think this | | | 3 | | 1 |
| 538 | 538 | 05/30/2018 16:48 | | | 1 | | | | | | | | | | | | 3 | | 1 |
| 545 | 545 | 05/30/2018 16:48 | | | 1 | | | | | | | | | | | many companies are diversified | 3 | | 2 |
| 547 | 547 | 05/30/2018 16:50 | x | vagisan | 0 | the name of the brand | | | | | | | | | | vagisil | 1 | vagisil | 1 |
| 564 | 564 | 05/30/2018 17:05 | | Vagipur | 0 | the screen said it  did | | | | | | | | | | | 3 | | 2 |
| 566 | 566 | 05/30/2018 17:06 | | | 1 | | tampons | sanitary napkins | | | it's a reasonable idea - feminine hygiene products | both have to do with feminine hygiene | | | | | 3 | | 1 |
| 568 | 568 | 05/30/2018 17:14 | | vagipur | 0 | That name was mentioned in the description of the products. | | | | | | | | | | | 3 | | 2 |
| 570 | 570 | 05/30/2018 17:06 | x | vagisil | 0 | they are a big company for feminine products | | | | | | | | | | the name | 3 | | 1 |
| 582 | 582 | 05/30/2018 17:07 | | Vagisan | 0 | Because the ad said so. | | | | | | | | | | | 3 | | 1 |
| 583 | 583 | 05/30/2018 17:09 | x | Vagisil | 0 | Sounds similar in the name, so it could be a variation of their product line. | replens | vagisil | Monostat | | Is a vaginal moisturizer | Helps with vaginal itching | Helps clear up vaginal issues | | | | 3 | | 2 |
| 585 | 585 | 05/30/2018 17:10 | | | 1 | | sanitary nakins | | | | they make femine products | | | | | | 3 | | 1 |
| 589 | 589 | 05/30/2018 17:15 | | summers eve | 0 | only brand i know | | | | | | | | | | only one know | 2 | | 2 |
| 590 | 590 | 05/30/2018 17:09 | | Vagisan | 0 | that's the name | sanitary products | | | | related to it | | | | | | 3 | | 1 |
| 600 | 600 | 05/30/2018 17:12 | | | 1 | | | | | | | | | | | | 3 | | 2 |
| 610 | 610 | 05/30/2018 17:22 | | clearstat | 0 | its in the right category | | | | | | | | | | its accurate | 1 | | 2 |
| 613 | 613 | 05/30/2018 17:27 | | | 1 | | | | | | | | | | | | 3 | | 1 |
| 625 | 625 | 05/30/2018 17:53 | x | Vagisil | 0 | They put out a lot of vaginal products | | | | | | | | | | I accidentally hit yes | 3 | | 1 |
| 626 | 626 | 05/30/2018 17:39 | x | Vagisil | 0 | The name of this product | vagisil | | | | The name | | | | | | 3 | | 1 |
| 629 | 629 | 05/30/2018 17:42 | | vagi | 0 | bc i read the description | | | | | | | | | | | 3 | | 2 |

| record | record | date | Vagisil | Q220 | noanswer Q220_na1 | Q225 | Q260r1 | Q260r2 | Q260r3 | Q260r4 | Q265r1c1 | Q265r2c1 | Q265r3c1 | Q265r4c1 | Q265r5c1 | Q267 | Q270 | Q280r1 | QCell |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 635 | 635 | 05/30/2018 17:47 | x | Vagisil | 0 | It has a similar product line | | | | | | | | | | | 3 | | 1 |
| 638 | 638 | 05/30/2018 17:53 | x | Johnson and Johnson | 0 | Seems like a relatively good product, and they're a big company would make sense for them to produce it. | Vagasil | | | | I think this is a good company, it's helped with my feminine hygiene problems in the past. | | | | | | 2 | | 2 |
| 640 | 640 | 05/30/2018 18:07 | | | 1 | | Monistat | | | | Only brand i know for antifungal vagina creams | | | | | | 3 | | 2 |
| 654 | 654 | 05/30/2018 18:16 | x | Vagisil | 0 | They are the leader in vaginal products. | Monistat | | | | Vaginal related | | | | | | 3 | | 2 |
| 656 | 656 | 05/30/2018 18:08 | | | 1 | | | | | | | | | | | Vaginal cream | 3 | | 1 |
| 674 | 674 | 05/30/2018 18:16 | | massengil | 0 | make douche | | | | | | | | | | the one I know | 1 | | 1 |
| 676 | 676 | 05/30/2018 18:14 | | I really do not know but for some reason I am thinking like Unilever or SC Johnson | 0 | I think that those two companies sell a lot of different soaps and cleaning products. | Dial soap | | | | It would just make sense to me that the company also makes those soaps. | | | | | | 2 | | 2 |
| 716 | 716 | 05/31/2018 06:08 | | I do not like the name, the vagi part makes it sound vulgar | 0 | Whitewash over the vagina part. It's such an ugly word. | | | | | | | | | | | 3 | | 2 |
| 726 | 726 | 05/31/2018 06:23 | | Vagisan | 0 | It has vaginal moisturizers, vaginal washes, and I forgot the other. | moisturizer | washes | lubricant | | I think Vagisan makes this product | I think Vagisan makes this product I seen it in the ad | I'm not sure if this was in the ad but Vagisan probably makes any thing for vaginal health. | | | | 3 | | 1 |

| record | record | date | Vagisil | Q220 | noanswer Q220_na1 | Q225 | Q260r1 | Q260r2 | Q260r3 | Q260r4 | Q265r1c1 | Q265r2c1 | Q265r3c1 | Q265r4c1 | Q265r5c1 | Q267 | Q270 | Q280r1 | QCell |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 729 | 729 | 05/31/2018 06:15 | | Johnson & Johnson | 0 | Major pharmaceutical company with a diverse line of products to meet various needs. | Baby shampoo | shaving products | talcum powder | benadryl | One of their major lines of products | Another product in their major lines | Major product in their baby line of products | One of the best selling general allergy products | | | 2 | | 1 |
| 734 | 734 | 05/31/2018 06:12 | | | 1 | | sanitary pads | pads for incontinence | | | Because they make a feminine product to help women | Because they expand their product line | | | | | 3 | | 2 |
| 743 | 743 | 05/31/2018 06:11 | | | 1 | | | | | | | | | | | | 3 | | 2 |
| 747 | 747 | 05/31/2018 06:41 | x | Vagisil | 0 | similar name, highly recognized | powders | wipes | | | Companies need to have more than 1 sku in a category | Have become very popular - people can take them with t hem. | | | | | 2 | | 1 |
| 748 | 748 | 05/31/2018 06:25 | x | Vasil | 0 | They are a popular vaginal product maker | Tampons | | | | Vagina Product Also | | | | | | 3 | | 1 |
| 751 | 751 | 05/31/2018 06:11 | | vagipur | 0 | it said so on the ad | | | | | | | | | | | 3 | | 2 |
| 760 | 760 | 05/31/2018 06:10 | | vagipur | 0 | that was the name on the title | | | | | | | | | | | 3 | | 2 |
| 765 | 765 | 05/31/2018 06:22 | | helps with fungal infecctions | 0 | the product read | | | | | | | | | | | 3 | | 1 |
| 768 | 768 | 05/31/2018 06:22 | x | | 1 | | Vagisol | | | | Deals with your feminine area. | | | | | | 3 | | 2 |
| 779 | 779 | 05/31/2018 06:13 | | Johnson & Johnson, Proctor & Gamble | 0 | The first companies that came to mind when seeing the name and types of products. | Lotions | Ointments | | | Similar health and wellness category | Similar health and wellness category | | | | | 3 | | 1 |
| 781 | 781 | 05/31/2018 06:12 | | vagisan | 0 | the name | | | | | | | | | | | 1 | | 1 |
| 798 | 798 | 05/31/2018 06:14 | | not familiar | 0 | | | | | | | | | | | | 3 | | 1 |
| 803 | 803 | 05/31/2018 06:13 | | Vagisan | 0 | I thought it was the brand name, as it's not a real word | | | | | | | | | | | 3 | | 1 |
| 833 | 833 | 05/31/2018 06:18 | x | vagisil | 0 | looks similar | | | | | | | | | | | 3 | | 1 |
| 847 | 847 | 05/31/2018 06:38 | | | 1 | | LUBES | | | | FEMALES RELATED | | | | | | 3 | | 1 |

| record | record | date | Vagisil | Q220 | noanswer Q220_na1 | Q225 | Q260r1 | Q260r2 | Q260r3 | Q260r4 | Q265r1c1 | Q265r2c1 | Q265r3c1 | Q265r4c1 | Q265r5c1 | Q267 | Q270 | Q280r1 | QCell |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 853 | 853 | 05/31/2018 06:26 | x | vagisil | 0 | they are the leading vagina medicine company | vagisil | | | | because its a play on the name | | | | | | 1 | vagisil | 1 |
| 858 | 858 | 05/31/2018 06:18 | | | 1 | | | | | | | | | | | | 3 | | 2 |
| 862 | 862 | 05/31/2018 06:17 | | It sounds and looks too harsh. | 0 | The word VAG is often a negative connotation | | | | | | | | | | | 3 | | 1 |
| 871 | 871 | 05/31/2018 06:44 | x | vagisil? | 0 | just sounds right | | | | | | | | | | i'm just sure they make more than one product | 2 | | 1 |
| 875 | 875 | 05/31/2018 06:18 | | | 1 | | | | | | | | | | | | 3 | | 2 |
| 889 | 889 | 05/31/2018 06:23 | | massengale | 0 | first thought of femimne hygene | feminine deodorant | | | | that's their business | | | | | | 3 | | 2 |
| 893 | 893 | 05/31/2018 06:21 | | summer's eve | 0 | fresh sounding | | | | | | | | | | | 3 | | 2 |
| 895 | 895 | 05/31/2018 06:21 | | Vagispur | 0 | That was the name that I saw on the screen before, but I am not sure of the spelling. | | | | | | | | | | | 2 | | 2 |
| 903 | 903 | 05/31/2018 06:22 | | VAGISAN | 0 | It is the only name listed on that previous slide that could be the make of the product | | | | | | | | | | | 3 | | 1 |
| 907 | 907 | 05/31/2018 06:28 | x | Vagisill | 0 | The names sound similar | Body Wash | cremes | wipes | | Similar name | similar name | similar name | | | | 3 | | 2 |
| 911 | 911 | 05/31/2018 06:22 | | | 1 | | sanitary pads | tampons | | | kotex | kotex | | | | | 1 | always | 1 |
| 914 | 914 | 05/31/2018 06:21 | | | 1 | | | | | | | | | | | | 2 | | 2 |
| 916 | 916 | 05/31/2018 06:21 | | vagipur | 0 | that was the name on the screen | | | | | | | | | | | 2 | | 2 |
| 918 | 918 | 05/31/2018 06:25 | | its for anti fungal | 0 | its is for the vagina | anti fungal | | | | vaginitis | | | | | | 1 | none | 2 |
| 930 | 930 | 05/31/2018 06:26 | | no clue | 0 | | | | | | | | | | | I would like to look | 1 | Phillips | 1 |
| 933 | 933 | 05/31/2018 06:25 | x | VAGISIL | 0 | THEY HAVE SIMILAR NAMES | | | | | | | | | | | 2 | | 2 |
| 935 | 935 | 05/31/2018 06:24 | | I have know idea | 0 | | | | | | | | | | | | 2 | | 2 |
| 937 | 937 | 05/31/2018 06:28 | | Kgel | 0 | Seems to be the most heard of brand | Creams | | | | Most used I think. What I use. | | | | | | 3 | | 1 |
| 941 | 941 | 05/31/2018 06:25 | | | 1 | | | | | | | | | | | | 3 | | 2 |
| 942 | 942 | 05/31/2018 06:24 | | | 1 | | | | | | | | | | | | 3 | | 1 |
| 952 | 952 | 05/31/2018 06:26 | | it will help with dryness | 0 | i dont liek the name | | | | | | | | | | | 3 | | 1 |

| record | record | date | Vagisil | Q220 | noanswer Q220_na1 | Q225 | Q260r1 | Q260r2 | Q260r3 | Q260r4 | Q265r1c1 | Q265r2c1 | Q265r3c1 | Q265r4c1 | Q265r5c1 | Q267 | Q270 | Q280r1 | QCell |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 962 | 962 | 05/31/2018 06:27 | x | vagisil | 0 | i have no idea. dont know alot of companies who make those products | | | | | | | | | | | 1 | | 2 |
| 967 | 967 | 05/31/2018 06:30 | | johnson & johnson | 0 | just a guess | shampoo | band aids | | | i buy it | i buy it | | | | | 3 | | 1 |
| 976 | 976 | 05/31/2018 06:28 | | | 1 | | vaginal wipes | vaginal cream | | | feminine products | feminine products | | | | | 3 | | 1 |
| 979 | 979 | 05/31/2018 06:30 | | | 1 | | | | | | | | | | | | 3 | | 2 |
| 1010 | 1010 | 05/31/2018 06:35 | | vagipur | 0 | that's what I read | | | | | | | | | | | 3 | | 2 |
| 1015 | 1015 | 05/31/2018 06:31 | | Summers Eve | 0 | They are the top competetors | Other summer eve | | | | n/a | | | | | | 2 | | 2 |
| 1022 | 1022 | 05/31/2018 06:33 | x | Vagisil | 0 | The first letters are the same | Monistat | | | | Same type of treatments | | | | | | 3 | | 1 |
| 1027 | 1027 | 05/31/2018 06:33 | | | 1 | | | | | | | | | | | | 1 | | 2 |
| 1033 | 1033 | 05/31/2018 06:36 | | No idea- probably major pharmaeutical | 0 | Because that's typically what kind of company makes them | pain relievers | antacids | cold remedies | | Typical product of major over-the-counter pharma company | Typical product of major over-the-counter pharma company | Typical product of major over-the-counter pharma company | | | | 1 | Ortho | 2 |
| 1036 | 1036 | 05/31/2018 06:40 | | | 1 | | Feminine products | feminine wipes | | | I think that a company that makes Vaginal moisturizing products, would also make other feminine products | I think that a company that makes Vaginal moisturizing products, would also make other feminine products | | | | | 1 | | 2 |
| 1039 | 1039 | 05/31/2018 06:34 | | | 1 | | | | | | | | | | | | 3 | | 1 |
| 1040 | 1040 | 05/31/2018 07:23 | x | Summer's Eve, Vagisil | 0 | They sell OTC feminine products. | | | | | | | | | | | 1 | P & G | 1 |
| 1045 | 1045 | 05/31/2018 06:36 | x | | 1 | | | | | | | | | | | | 1 | vagisil | 1 |
| 1047 | 1047 | 05/31/2018 06:45 | | vasitan it soudns good | 0 | it makes sense | non | | | | none | | | | | | 2 | | 1 |

| record | record | date | Vagisil | Q220 | noanswer Q220_na1 | Q225 | Q260r1 | Q260r2 | Q260r3 | Q260r4 | Q265r1c1 | Q265r2c1 | Q265r3c1 | Q265r4c1 | Q265r5c1 | Q267 | Q270 | Q280r1 | QCell |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1072 | 1072 | 05/31/2018 06:36 | | | 1 | | | | | | | | | | | | 3 | | 1 |
| 1080 | 1080 | 05/31/2018 06:42 | | vagisan | 0 | said it written | vagi | | | | ok | | | | | | 1 | | 1 |
| 1085 | 1085 | 05/31/2018 06:41 | | | 1 | | | | | | | | | | | | 3 | | 2 |
| 1090 | 1090 | 05/31/2018 06:41 | x | vagisol | 0 | Primary name related to that product type | | | | | | | | | | | 3 | | 1 |
| 1105 | 1105 | 05/31/2018 06:44 | | | 1 | | powder | lotion | | | a part of feminine hygiene | used after cleansing | | | | | 3 | | 2 |
| 1110 | 1110 | 05/31/2018 06:52 | x | Vagisil | 0 | Because the name of the product starts with Vagi. | anti itch cream | feminine wash | dousch solution | | Vagisil starts the same as Vagipur. | Vagisil starts the same as Vagipur. | Vagisil starts the same as Vagipur. | | | | 1 | Vagisil | 2 |
| 1114 | 1114 | 05/31/2018 06:41 | | | 1 | | | | | | | | | | | | 3 | | 1 |
| 1121 | 1121 | 05/31/2018 06:53 | | | 1 | | | | | | | | | | | | 2 | | 2 |
| 1129 | 1129 | 05/31/2018 07:47 | x | Vagasil | 0 | | | | | | | | | | | | 3 | | 1 |
| 1134 | 1134 | 05/31/2018 06:44 | | monistat | 0 | they produce other products for vaginal yeast infections | | | | | | | | | | | 3 | | 2 |
| 1163 | 1163 | 05/31/2018 07:05 | | | 1 | | | | | | | | | | | | 2 | | 1 |
| 1170 | 1170 | 05/31/2018 06:50 | | vagup | 0 | that was part of the answer I seen | | | | | | | | | | | 1 | monistat | 2 |
| 1183 | 1183 | 05/31/2018 06:51 | x | | 1 | | vagisil | | | | Not sure | | | | | | 3 | | 1 |
| 1194 | 1194 | 05/31/2018 06:56 | | A company that wants to help make sure that they solve itching problems for women and yeast infections. Maybe the same company that produces the vagisil creams | 0 | | | | | | | | | | | | 3 | | 2 |

| record | record | date | Vagisil | Q220 | noanswer Q220_na1 | Q225 | Q260r1 | Q260r2 | Q260r3 | Q260r4 | Q265r1c1 | Q265r2c1 | Q265r3c1 | Q265r4c1 | Q265r5c1 | Q267 | Q270 | Q280r1 | QCell |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1203 | 1203 | 05/31/2018 06:52 | | | 1 | | | | | | | | | | | sounds like it would fit with a family of products | 3 | | 2 |
| 1215 | 1215 | 05/31/2018 06:54 | x | VAGISIL | 0 | SOUNDS SIMILAR | | | | | | | | | | | 3 | | 1 |
| 1237 | 1237 | 05/31/2018 06:56 | | | 1 | | | | | | | | | | | All companies make more than just 1 product | 1 | Johnson & Johnson | 2 |
| 1251 | 1251 | 05/31/2018 06:56 | | | 1 | | | | | | | | | | | | 3 | | 1 |
| 1256 | 1256 | 05/31/2018 08:06 | | Monistat | 0 | it is the one only brand I can think of currently | yeast infection treatments | | | | these seem to be related goods | | | | | | 2 | | 1 |
| 1259 | 1259 | 05/31/2018 08:03 | | | 1 | | | | | | | | | | | | 3 | | 2 |
| 1261 | 1261 | 05/31/2018 08:06 | | | 1 | | | | | | | | | | | | 2 | | 2 |
| 1276 | 1276 | 05/31/2018 08:03 | | | 1 | | | | | | | | | | | | 3 | | 2 |
| 1285 | 1285 | 05/31/2018 08:05 | | | 1 | | | | | | | | | | | | 3 | | 1 |
| 1290 | 1290 | 05/31/2018 08:06 | | | 1 | | | | | | | | | | | I just assumed | 3 | | 2 |
| 1297 | 1297 | 05/31/2018 08:06 | x | Vagisil | 0 | the name play | vaginal clease | | | | makes sense | | | | | | 3 | | 1 |
| 1299 | 1299 | 05/31/2018 08:15 | | Dove? | 0 | Just a guess | lotion | skincare | | | Typically companies a line of products, not just 1 item | Just a guess | | | | | 1 | Dove | 2 |
| 1316 | 1316 | 05/31/2018 08:18 | | Vagipur | 0 | Because that was the brand name listed | | | | | | | | | | | 3 | | 2 |
| 1317 | 1317 | 05/31/2018 08:06 | | | 1 | | | | | | | | | | | | 3 | | 2 |
| 1329 | 1329 | 05/31/2018 08:43 | x | vagisil | 0 | because the names are close | | | | | | | | | | they make female feminine products | 1 | johnson & johnson | 1 |
| 1330 | 1330 | 05/31/2018 08:08 | x | VAGISAN | 0 | That was what the product name said above the description of what it was for | | | | | | | | | | | 1 | Monistat | 1 |
| 1334 | 1334 | 05/31/2018 08:08 | | | 1 | | | | | | | | | | | | 3 | | 1 |

| record | record | date | Vagisil | Q220 | noanswer Q220_na1 | Q225 | Q260r1 | Q260r2 | Q260r3 | Q260r4 | Q265r1c1 | Q265r2c1 | Q265r3c1 | Q265r4c1 | Q265r5c1 | Q267 | Q270 | Q280r1 | QCell |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1341 | 1341 | 05/31/2018 08:59 | x | KY; Johnson & Johnson; Vagisil | 0 | they make lubrication products for men and women | feminine deodarant | | | | because they make a lubricant for women | | | | | | 1 | | 2 |
| 1348 | 1348 | 05/31/2018 08:09 | x | Vagisil | 0 | sounds like that company | Douche | feminine sprays | feminine wash closts | | name is similar to these products | name is similar to these products | name is similar to these products | | | | 3 | | 1 |
| 1349 | 1349 | 05/31/2018 08:09 | x | johnson and johnson | 0 | I am actually not sure, just a guess | vagisil | | | | they sound similar | | | | | | 2 | | 1 |
| 1352 | 1352 | 05/31/2018 08:08 | | | 1 | | | | | | | | | | | | 3 | | 2 |
| 1354 | 1354 | 05/31/2018 08:08 | | none | 0 | none | none | | | | none | | | | | | 1 | none | 2 |
| 1357 | 1357 | 05/31/2018 08:11 | | | 1 | | | | | | | | | | | Brands nowadays tend to make more than one product | 3 | | 2 |
| 1367 | 1367 | 05/31/2018 08:12 | | summers eve | 0 | only vaginal brands im aware of | | | | | | | | | | | 3 | | 2 |
| 1374 | 1374 | 05/31/2018 08:28 | | I don't think I love the name. Gives me a weird feeling. | 0 | Not positive. | | | | | | | | | | | 3 | | 1 |
| 1378 | 1378 | 05/31/2018 08:15 | | | 1 | | Summers Eve | Equate | | | because I use similar products in this brand | I have used similar products in this brand before but not currently using | | | | | 2 | | 1 |
| 1399 | 1399 | 05/31/2018 08:39 | | | 1 | | | | | | | | | | | | 2 | | 1 |
| 1401 | 1401 | 05/31/2018 08:33 | | | 1 | | | | | | | | | | | | 3 | | 2 |
| 1406 | 1406 | 05/31/2018 08:25 | | Vagisan | 0 | The name on the image | | | | | | | | | | | 3 | | 1 |
| 1408 | 1408 | 05/31/2018 08:31 | | proctor & gamble | 0 | just the first company name that comes to mind | | | | | | | | | | | 3 | | 1 |
| 1412 | 1412 | 05/31/2018 08:28 | x | Vagisil | 0 | It is another company with the same products. | | | | | | | | | | | 1 | Vagisil | 2 |
| 1428 | 1428 | 05/31/2018 08:32 | x | Vagisil | 0 | Because the name branding is similar | Vagisil Body Wash | | | | The name branding is similar | | | | | | 3 | | 2 |

| record | record | date | Vagisil | Q220 | noanswer Q220_na1 | Q225 | Q260r1 | Q260r2 | Q260r3 | Q260r4 | Q265r1c1 | Q265r2c1 | Q265r3c1 | Q265r4c1 | Q265r5c1 | Q267 | Q270 | Q280r1 | QCell |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1437 | 1437 | 05/31/2018 08:37 | x | | 1 | | | | | | | | | | | | 1 | Vagisil | 1 |
| 1444 | 1444 | 05/31/2018 08:36 | | Neosporin | 0 | The font looks very similar to Neosporin | Anti Bacterial Cream | | | | The company Neosporin makes anti bacterial cream | | | | | | 2 | | 1 |
| 1447 | 1447 | 05/31/2018 08:40 | | | 1 | | other washes or treatments for hygenic purposes | | | | most companies make more than one product | | | | | | 1 | Monistat | 2 |
| 1448 | 1448 | 05/31/2018 08:37 | | Summer Eve | 0 | I feel like that produce is so known and there are a ton of commercials and advertisements for it. The bottles are also always a cool color | | | | | | | | | | | 3 | | 2 |
| 1450 | 1450 | 05/31/2018 08:38 | | | 1 | | | | | | | | | | | | 2 | | 2 |
| 1452 | 1452 | 05/31/2018 08:37 | | Vagisan | 0 | That was the name displayed in large letters. | | | | | | | | | | | 3 | | 1 |
| 1454 | 1454 | 05/31/2018 08:42 | x | Vagisil | 0 | The names are similar | wash | wipes | medicated cream | | I think the product you mentioned may be made by vagisil and I believe they make a wash | I think the product you mentioned may be made by vagisil and I believe they make wipes | I think the product you mentioned may be made by vagisil and I believe they make cream | | | | 1 | Vagisil | 1 |
| 1458 | 1458 | 05/31/2018 08:59 | x | vagasil | 0 | because of the name | | | | | | | | | | | 2 | | 1 |
| 1470 | 1470 | 05/31/2018 08:42 | | | 1 | | | | | | | | | | | | 3 | | 2 |
| 1473 | 1473 | 05/31/2018 08:43 | | | 1 | | | | | | | | | | | | 1 | | 1 |
| 1474 | 1474 | 05/31/2018 08:48 | x | Vagisin | 0 | It was written in huge letters on the screen so I assumed that was the brand, and that the products they sell were the washes/ant-fungal/creams listed below the name | | | | | | | | | | | 1 | Vagisil | 1 |
| 1475 | 1475 | 05/31/2018 08:46 | | Proctor and Gamble | 0 | They are a large corporation so I assume they would own this brand too. | Crest toothpaste | Loreal hair color | | | It is part of Proctor and gamble | It is part of proctor and gamble | | | | | 3 | | 2 |
| 1479 | 1479 | 05/31/2018 08:46 | | | 1 | | | | | | | | | | | | 2 | | 1 |

| record | record | date | Vagisil | Q220 | Q220_na1 (noanswer) | Q225 | Q260r1 | Q260r2 | Q260r3 | Q260r4 | Q265r1c1 | Q265r2c1 | Q265r3c1 | Q265r4c1 | Q265r5c1 | Q267 | Q270 | Q280r1 | QCell |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1480 | 1480 | 05/31/2018 08:45 | | vagipur | 0 | the name was biggest on the screen and below it was a description of products | | | | | | | | | | | 3 | | 2 |
| 1484 | 1484 | 05/31/2018 08:47 | | Feminine hygiene | 0 | vag is in the title of the company | | | | | | | | | | | 3 | | 2 |
| 1517 | 1517 | 05/31/2018 09:17 | | | 1 | | | | | | | | | | | | 3 | | 1 |
| 1520 | 1520 | 05/31/2018 09:00 | x | vagisil | 0 | its the only brand I know of in this catergory | | | | | | | | | | I always see a lot of their products in that aisle. | 3 | | 2 |
| 1552 | 1552 | 05/31/2018 09:21 | x | vagisil | 0 | because of the spelling | vagisil | douche | wipes | suppostories | helps with itching | cleans and deotorizes | cleans on the go | for better cleaning | | | 1 | eves | 1 |
| 1562 | 1562 | 05/31/2018 09:24 | x | Vagisal | 0 | yes | creams | | | | ive used them in the past | | | | | | 3 | | 1 |
| 1563 | 1563 | 05/31/2018 09:20 | | no idea | 0 | i do not know what company makes it | | | | | | | | | | | 3 | | 2 |
| 1568 | 1568 | 05/31/2018 09:18 | x | Vagisil | 0 | Leading brand | | | | | | | | | | | 2 | | 1 |
| 1587 | 1587 | 05/31/2018 09:21 | | magnesil | 0 | it is a brand I can remember | | | | | | | | | | | 1 | | 2 |
| 1589 | 1589 | 05/31/2018 09:20 | | vagapur | 0 | that was the main name shown on the ad | anti fungal | | | | It listed several products, and that was the one I recall | | | | | | 3 | | 2 |
| 1593 | 1593 | 05/31/2018 09:22 | | proctor and gamble or J&J | 0 | they are the two biggest companies that i know of that produce personal health items | | | | | | | | | | | 1 | proctor and gamble | 2 |
| 1594 | 1594 | 05/31/2018 09:21 | | Always | 0 | They usually have a lot of variety in their products. | Lubricant | | | | Their variety | | | | | | 3 | | 2 |
| 1605 | 1605 | 05/31/2018 09:26 | x | Vagisil | 0 | The names are similar. | Vaginal itch crearm | Feminine Wash | | | I've used the itch cream in the past. | I've seen this product in the store. | | | | | 1 | Vagisil | 1 |
| 1609 | 1609 | 05/31/2018 09:22 | | | 1 | | | | | | | | | | | | 3 | | 2 |
| 1634 | 1634 | 05/31/2018 09:26 | | | 1 | | | | | | | | | | | | 3 | | 2 |
| 1644 | 1644 | 05/31/2018 09:24 | | | 1 | | | | | | | | | | | | 3 | | 2 |

| record | record | date | Vagisil | Q220 | noanswer Q220_na1 | Q225 | Q260r1 | Q260r2 | Q260r3 | Q260r4 | Q265r1c1 | Q265r2c1 | Q265r3c1 | Q265r4c1 | Q265r5c1 | Q267 | Q270 | Q280r1 | QCell |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1657 | 1657 | 05/31/2018 09:25 | x | Vagapur | 0 | Because it claims to produce these products | Monostat | Vagasil | | | Because it widely advertises that it does have these products | Because it widely advertises that it does have these products | | | | | 3 | | 2 |
| 1665 | 1665 | 05/31/2018 09:34 | x | Vagisil | 0 | The name reminds me of that company | Vaginal cream | | | | They're similar products with similar names. | | | | | | 3 | | 1 |
| 1669 | 1669 | 05/31/2018 09:24 | | | 1 | | | | | | | | | | | | 2 | | 2 |
| 1672 | 1672 | 05/31/2018 09:26 | | vasaline | 0 | i dont know | | | | | | | | | | I figure it makes something else i am not aware of | 1 | | 2 |
| 1691 | 1691 | 05/31/2018 09:26 | | | 1 | | | | | | | | | | | | 3 | | 2 |
| 1703 | 1703 | 05/31/2018 09:28 | | | 1 | | | | | | | | | | | | 3 | | 2 |
| 1705 | 1705 | 05/31/2018 09:28 | | | 1 | | | | | | | | | | | | 2 | | 2 |
| 1726 | 1726 | 05/31/2018 09:34 | | vagapur | 0 | that was the name listed | | | | | | | | | | | 3 | | 2 |
| 1729 | 1729 | 05/31/2018 09:36 | | | 1 | | | | | | | | | | | | 3 | | 2 |
| 1735 | 1735 | 05/31/2018 09:40 | x | Vagisil | 0 | I don't know of any other vaginal moisture producer affiliate | | | | | | | | | | | 1 | Vagisil | 1 |
| 1736 | 1736 | 05/31/2018 09:56 | | | 1 | | | | | | | | | | | | 2 | | 2 |
| 1738 | 1738 | 05/31/2018 09:42 | | | 1 | | Skin Moisturizer | Face Wash | Body Wash | | Most body wash companies make lotion also. | I feel like companies who have conducted enough research to come up with a vaginal wash product, have had success producing a body wash already and then enhanced that formula to specialize in a face wash before hand. | I feel like companies who have conducted enough research to come up with a vaginal wash product, have had success producing a body wash already. | | | | 1 | | 2 |
| 1739 | 1739 | 05/31/2018 09:40 | | Summer's eve | 0 | It reminds me of what their brand stands for | vagi wipes | vagi sprays | | | this is for women on the go who need to refresh | this is for women who want to have a quick spray to be fresh/clean | | | | | 3 | | 2 |

15

| record | record | date | Vagisil | Q220 | noanswer Q220_na1 | Q225 | Q260r1 | Q260r2 | Q260r3 | Q260r4 | Q265r1c1 | Q265r2c1 | Q265r3c1 | Q265r4c1 | Q265r5c1 | Q267 | Q270 | Q280r1 | QCell |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1746 | 1746 | 05/31/2018 09:43 | | Monistat | 0 | They are popular for these issues | | | | | | | | | | | 2 | | 2 |
| 1750 | 1750 | 05/31/2018 09:42 | x | vagasil | 0 | name sounds close to | | | | | | | | | | | 2 | | 1 |
| 1764 | 1764 | 05/31/2018 09:47 | x | Vagapur by Vagisil | 0 | Similar name | Vagisil | | | | Similar name and product line | | | | | | 1 | Vagisil | 1 |
| 1773 | 1773 | 05/31/2018 09:52 | | P&G | 0 | P&G has a lot of products for health and beauty | soap | shampoo | razors | | I always see coupons for P&G with soap | I always see coupons for P&G for shampoo | I always see coupons for P&G for razors | | | | 3 | | 2 |
| 1777 | 1777 | 05/31/2018 09:54 | x | Vagisil | 0 | leader in the industry | body washes | condoms | pleasure toys | | I would imagine they could be manufacutured int he same facility | fits with the topic | fits with the topic | | | | 3 | | 1 |
| 1780 | 1780 | 05/31/2018 09:59 | x | | 1 | | Vagisil | | | | Names are similar | | | | | | 3 | | 1 |
| 1792 | 1792 | 05/31/2018 09:55 | | Specialized for women | 0 | The usage | | | | | | | | | | i cannot recall | 2 | | 2 |
| 1814 | 1814 | 05/31/2018 10:22 | | I think it may be summers eve | 0 | I am thinking because they are a leader in this category they would make this | | | | | | | | | | | 3 | | 2 |
| 1822 | 1822 | 05/31/2018 10:11 | | | 1 | | Men's shaving cream | | | | Seem to care about hair health in odd places | | | | | | 3 | | 2 |
| 1823 | 1823 | 05/31/2018 10:06 | | Vaguar | 0 | The large letters | | | | | | | | | | | 2 | | 2 |
| 1828 | 1828 | 05/31/2018 11:15 | | | 1 | | Monistat | | | | Similar products used for slightly different reasons | | | | | | 2 | | 2 |
| 1833 | 1833 | 05/31/2018 10:08 | | | 1 | | | | | | | | | | | | 3 | | 2 |

| record | record | date | Vagisil | Q220 | noanswer Q220_na1 | Q225 | Q260r1 | Q260r2 | Q260r3 | Q260r4 | Q265r1c1 | Q265r2c1 | Q265r3c1 | Q265r4c1 | Q265r5c1 | Q267 | Q270 | Q280r1 | QCell |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1837 | 1837 | 05/31/2018 10:13 | x | Vagasil | 0 | The similar in the first four letters of the names. | cleansing wipes | cleansing foam | gel | lubricants | I have seen these in stores. Also they are very convenient to use | It's a useful hygiene product. | It's a useful hygiene product. | It's a useful hygiene product. | | | 3 | | 1 |
| 1900 | 1900 | 05/31/2018 12:52 | x | vagasil | 0 | Vagasil is well known, and deals with vaginal cleaners, etc | | | | | | | | | | | 1 | | 1 |
| 2005 | 2005 | 05/31/2018 10:46 | x | | 1 | | | | | | | | | | | | | Vagisil | 1 |
| 2008 | 2008 | 05/31/2018 11:11 | x | vagisil | 0 | It just sounds like a similar name | wash | | | | I recall seeing it | | | | | | 2 | | 1 |
| 2029 | 2029 | 05/31/2018 10:57 | | vagisan | 0 | that's what it said | | | | | | | | | | | 3 | | 1 |
| 2039 | 2039 | 05/31/2018 11:05 | | johnson and johnson | 0 | health care products | | | | | | | | | | | 3 | | 1 |
| 2060 | 2060 | 05/31/2018 11:17 | | I would think it was a medical based company. The ending 'san' made me think of sanitary | 0 | It is just the word that made me think that | feminine powder | UTI remedies | yeast control | | the same reason as before. The end of the word makes me think it is a medical based company | the same reason as before. The end of the word makes me think it is a medical based company | the same reason as before. The end of the word makes me think it is a medical based company | | | | | Massingil | 1 |
| 2071 | 2071 | 05/31/2018 11:23 | x | Vagisil | 0 | Vagisil is the company I use for various vaginal products | | | | | | | | | | | 3 | | 1 |
| 2075 | 2075 | 05/31/2018 11:25 | | Summer's Eve | 0 | They sell vaginal products | | | | | | | | | | I'm sure they have plenty of vaginal products I'm unaware of. I only go for the wipes | 3 | | 1 |
| 2092 | 2092 | 05/31/2018 11:35 | | | 1 | | other feminine care products | | | | alternative methods for managing menstruation | | | | | | 1 | | 1 |
| 2094 | 2094 | 05/31/2018 11:39 | | Vagisan | 0 | Just saw it listed. | Yeast infection product | | | | Vaginal care | | | | | | 3 | | 1 |

| record | record | date | Vagisil | Q220 | noanswer Q220_na1 | Q225 | Q260r1 | Q260r2 | Q260r3 | Q260r4 | Q265r1c1 | Q265r2c1 | Q265r3c1 | Q265r4c1 | Q265r5c1 | Q267 | Q270 | Q280r1 | QCell |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2099 | 2099 | 05/31/2018 11:38 | | | 1 | | | | | | | | | | | | 3 | | 1 |
| 2107 | 2107 | 05/31/2018 11:42 | | | 1 | | | | | | | | | | | | 3 | | 1 |
| 2120 | 2120 | 05/31/2018 11:56 | | Vagisin | 0 | It had the biggest littering and isn't an actual word. | | | | | | | | | | | 1 | | 1 |
| 2122 | 2122 | 05/31/2018 11:53 | | | 1 | | astroglide | | | | this is the only name comes to my mind | | | | | | 2 | | 1 |
| 2125 | 2125 | 05/31/2018 11:56 | | | 1 | | | | | | | | | | | | 2 | | 1 |
| 2133 | 2133 | 05/31/2018 12:03 | x | vagisil | 0 | name is related | | | | | It seems like this product would be included. | | | | | due to name | 2 | | 1 |
| 2164 | 2164 | 05/31/2018 12:16 | x | Vagasil | 0 | | anti-itch cream | | | | It seems like this product would be included. | | | | | | 2 | | 1 |
| 2168 | 2168 | 05/31/2018 12:09 | | | 1 | | | | | | | | | | | | 3 | | 1 |
| 2170 | 2170 | 05/31/2018 12:11 | x | vagisil | 0 | Similar name. | wipes | body wash | | | Seen at the store | Seen at the store | | | | | 3 | | 1 |
| 2179 | 2179 | 05/31/2018 12:14 | | Vagisan | 0 | that was the large name | | | | | | | | | | | 2 | | 1 |
| 2199 | 2199 | 05/31/2018 12:32 | x | Vagisn | 0 | n/a | | | | | | | | | | | 1 | Vagisl | 1 |
| 2212 | 2212 | 05/31/2018 12:44 | x | vagisil | 0 | i've used the products before | | | | | | | | | | | 3 | | 1 |
| 2227 | 2227 | 05/31/2018 12:57 | | Monistat | 0 | I know they are a leader in the market for vaginal care products | Summers Eve | | | | I know they make products to help with vaginal dryness | | | | | | 2 | | 1 |
| 2234 | 2234 | 05/31/2018 13:04 | x | Vagisil | 0 | Sounds like a similar name and product. | | | | | | | | | | | 1 | KY | 1 |
| 2267 | 2267 | 05/31/2018 13:49 | | | 1 | | | | | | | | | | | | 3 | | 1 |
| 2269 | 2269 | 05/31/2018 13:18 | | | 1 | | Tampons | Sanitary Napkins | | | also feminine hygiene related | also feminine hygiene related | | | | | 3 | | 1 |
| 2280 | 2280 | 05/31/2018 13:28 | | JOhnson & Johnsons? | 0 | I buy some that are | HBC store items | | | | because I know they do | | | | | | 3 | | 1 |
| 2284 | 2284 | 05/31/2018 13:33 | | | 1 | | | | | | | | | | | I'm not sure. | 3 | | 1 |

| record | record | date | Vagisil | Q220 | noanswer Q220_na1 | Q225 | Q260r1 | Q260r2 | Q260r3 | Q260r4 | Q265r1c1 | Q265r2c1 | Q265r3c1 | Q265r4c1 | Q265r5c1 | Q267 | Q270 | Q280r1 | QCell |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2288 | 2288 | 05/31/2018 13:39 | | | 1 | | | | | | | | | | | im not sure | 2 | | 1 |
| 2289 | 2289 | 05/31/2018 14:18 | x | Vagisil | 0 | Seems like an interesting play on words and still in the feminine products category | Feminine wash | | | | Used something similar | | | | | | 2 | | 1 |
| 2293 | 2293 | 05/31/2018 13:57 | | | 1 | | | | | | | | | | | | 1 | | 1 |
| 2306 | 2306 | 05/31/2018 14:25 | | | 1 | | | | | | | | | | | | 3 | | 1 |
| 2307 | 2307 | 05/31/2018 14:06 | | Vagisen | 0 | That is the name Most pronounced | | | | | | | | | | | 3 | | 1 |
| 2323 | 2323 | 05/31/2018 14:58 | | know but you could PLEASE change it to a nicer name?  I hate having items in my cart that announce VAGI to everyone. It reminds me of the time that I wanted to buy silicone lube at CVS but it was locked up in a case, they had to call some 17 year old boy to | 0 | I don't know, maybe Kimberly Clark or Olay or KY? | KY lubes | Kimberly Clark Kotex and tampons | | | KY makes great lubes, but discontinued my favorite which is KY intrigue. They also make other products for sexual satisfaction. | They make products related to that exact zip code, that exact locality, that exact general area. | | | | | 3 | | 1 |
| 2328 | 2328 | 05/31/2018 14:11 | | Johnson and Johnson | 0 | I know it's a large company with a lot of affiliates | Baby Oil | Lotion | Moisturizers | | I have seen it in stores | I have seen it in stores | I have seen it in stores | | | | 1 | | 1 |
| 2343 | 2343 | 05/31/2018 14:17 | x | vagisal or summers eve | 0 | the name vagisan | douches | ph balanced cleansers | cream | | the name and the line of product | both the name and the product type | product type | | | | 1 | vagisal | 1 |
| 2392 | 2392 | 05/31/2018 14:54 | x | target | | they have their own brand | their brand of everything | | | | answer | | | | | | 1 | vagisil | 1 |

| record | record | date | Vagisil | Q220 | noanswer Q220_na1 | Q225 | Q260r1 | Q260r2 | Q260r3 | Q260r4 | Q265r1c1 | Q265r2c1 | Q265r3c1 | Q265r4c1 | Q265r5c1 | Q267 | Q270 | Q280r1 | QCell |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2397 | 2397 | 05/31/2018 15:02 | | | 1 | | | | | | | | | | | It is a generic name | 3 | | 1 |
| 2461 | 2461 | 05/31/2018 16:07 | x | Vagisil | 0 | That is the product that I usually use | Vaginal cleansers | Vaginal anti itch creams | | | Name sounds the same | Name sounds the same | | | | | 3 | | 1 |
| 2463 | 2463 | 05/31/2018 16:06 | | | 1 | | | | | | | | | | | | 3 | | 1 |
| 2465 | 2465 | 05/31/2018 16:06 | x | vagisil | 0 | sounds the same | feminine deodorant | wash | | | vaginal | vaginal | | | | | 3 | | 1 |
| 2469 | 2469 | 05/31/2018 16:06 | | | 1 | | | | | | | | | | | | 3 | | 1 |
| 2522 | 2522 | 05/31/2018 16:52 | | johnson & Johnson | 0 | Don't they own all personal care items | Baby Powder | Countless personal care items | | | I know JOhnson & Johnson makes this | I think there are only a few companies left who make personal care products so I am just guessing here | | | | | 3 | | 1 |
| 2527 | 2527 | 05/31/2018 16:48 | | | 1 | | | | | | | | | | | | 3 | | 1 |
| 2532 | 2532 | 05/31/2018 16:50 | x | Vagisil, Summer's Eve | 0 | I've purchased Vagisil before, but I think I saw similar Summer's Eve products in store before. | | | | | | | | | | | 3 | | 1 |
| 2535 | 2535 | 05/31/2018 16:54 | | summers eve | 0 | they have a variety of products | | | | | | | | | | | 3 | | 1 |
| 2548 | 2548 | 05/31/2018 17:03 | x | vagisil | 0 | | | | | | | | | | | | 2 | | 1 |
| 2558 | 2558 | 05/31/2018 17:15 | | | 1 | | | | | | | | | | | Most companies like that make more than one product | 3 | | 1 |
| 2565 | 2565 | 05/31/2018 17:18 | x | Vagisil | 0 | FOnt | | | | | | | | | | I have seen similar products with the same lettering | 3 | | 1 |
| 2584 | 2584 | 05/31/2018 18:03 | x | Vagasil | 0 | Similar names and function | | | | | | | | | | | 3 | | 1 |
| 2642 | 2642 | 05/31/2018 18:44 | | | 1 | | | | | | | | | | | | 3 | | 1 |
| 2655 | 2655 | 05/31/2018 19:06 | | dove | 0 | intimal washes | gilette | vagisan | dove | | it comes to my mind | i saw it on street | i saw it in the shopping malls | | | | 1 | dove | 1 |
| 2675 | 2675 | 05/31/2018 19:30 | | proctor and gamble | 0 | a trusted healthcare company | | | | | | | | | | | 3 | | 1 |
| 2680 | 2680 | 05/31/2018 19:27 | | amazon | 0 | good | other | | | | other | | | | | | 1 | other | 1 |

20

| record | record | date | Vagisil | Q220 | noanswer Q220_na1 | Q225 | Q260r1 | Q260r2 | Q260r3 | Q260r4 | Q265r1c1 | Q265r2c1 | Q265r3c1 | Q265r4c1 | Q265r5c1 | Q267 | Q270 | Q280r1 | QCell |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2692 | 2692 | 05/31/2018 19:35 | | | 1 | | vaginal wash | | | | i think the company makes products for women's vaginal health | | | | | | 3 | | 1 |
| 2699 | 2699 | 05/31/2018 19:36 | x | VAGISIL | 0 | FROM THE NAME | | | | | | | | | | | 3 | | 1 |
| 2705 | 2705 | 05/31/2018 19:50 | x | Vagisil | 0 | Because of the name  Vagisan . | Over the counter yeast infection medication | | | | Because of the name Vagisan and the description of the products by this name. | | | | | | 2 | | 1 |
| 2733 | 2733 | 05/31/2018 20:07 | x | vagasil | 0 | the name is very similar | | | | | | | | | | | 3 | | 1 |
| 2735 | 2735 | 05/31/2018 20:10 | x | vagisil | 0 | only one I know of, they sound similar | | | | | | | | | | | 1 | vagisil | 1 |
| 2744 | 2744 | 05/31/2018 20:21 | | st ives | 0 | seems into promoting woman health | face wash | | | | washing top and bottom | | | | | | 3 | | 1 |
| 2749 | 2749 | 05/31/2018 20:26 | | | 1 | | | | | | | | | | | makes other similar items | 2 | | 1 |
| 2751 | 2751 | 05/31/2018 20:31 | | Walgreens, Target, Walmart, Amazon | 0 | For marketing and sales | vaginal wash | vaginal cream | vaginal wipes | | Great market | Great Market | great market | | | | 3 | | 1 |
| 2812 | 2812 | 05/31/2018 22:21 | x | Vagisil | 0 | The name sounds the same and this is the type of product that they make. | Vagisil wipes | vagisil washes | | | Because it is the type of product they make. | Because it is the type of product they make. | | | | | 3 | | 1 |
| 2813 | 2813 | 05/31/2018 22:20 | | Vagisan | 0 | Big type | | | | | | | | | | | 1 | | 1 |
| 2827 | 2827 | 05/31/2018 23:05 | | | 1 | | | | | | | | | | | | 1 | | 1 |
| 2831 | 2831 | 05/31/2018 23:06 | | Vagisan | 0 | That was the name given. | | | | | | | | | | | 3 | | 1 |
| 2842 | 2842 | 06/01/2018 00:08 | | Johnson and johnson | 0 | guess | | | | | | | | | | | 1 | dove | 1 |
| 2858 | 2858 | 06/01/2018 01:27 | | | 1 | | | | | | | | | | | | 3 | | 1 |

| record | record | date | Vagisil | Q220 | noanswer Q220_na1 | Q225 | Q260r1 | Q260r2 | Q260r3 | Q260r4 | Q265r1c1 | Q265r2c1 | Q265r3c1 | Q265r4c1 | Q265r5c1 | Q267 | Q270 | Q280r1 | QCell |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2861 | 2861 | 06/01/2018 01:41 | | | 1 | | | | | | | | | | | | 3 | | 1 |
| 2871 | 2871 | 06/01/2018 02:18 | | | 1 | | | | | | | | | | | | 3 | | 1 |
| 2885 | 2885 | 06/01/2018 03:07 | | | 1 | | | | | | | | | | | | 3 | | 1 |
| 2888 | 2888 | 06/01/2018 03:17 | | Bayer | 0 | It resembles other products | | | | | | | | | | | 3 | | 1 |
| 2947 | 2947 | 06/01/2018 05:10 | | | 1 | | | | | | | | | | | | 2 | | 2 |
| 2959 | 2959 | 06/01/2018 05:19 | x | Vagisil | 0 | The beginning of the name and Vagisil releases these types of products. | | | | | | | | | | | 2 | | 2 |
| 2963 | 2963 | 06/01/2018 05:23 | | Johnson & Johnson | 0 | they make personal hygiene products | baby shampoo | aveeno lotion | clean & clear face wash | body lotions | I have purchased Johnson's baby shampoo | I have purchased aveeno lotions | I have purchased this face wash for my daughter | I have purchased | I have purchased for my daughter | | 3 | | 2 |
| 2969 | 2969 | 06/01/2018 05:23 | x | vagisil | 0 | the name vagipur | feminine wash | sprays | moist towelettes | | I have seen them in the store before | I have seen them in the store before | I have seen them in the store before | | | | 3 | | 2 |
| 2980 | 2980 | 06/01/2018 05:36 | | | 1 | | | | | | | | | | | | 3 | | 2 |
| 2988 | 2988 | 06/01/2018 05:48 | | | 1 | | | | | | | | | | | | 2 | | 2 |
| 2990 | 2990 | 06/01/2018 05:50 | x | Vagisil | 0 | Similar name | | | | | | | | | | I thought they might | 1 | Vagisil | 2 |
| 2991 | 2991 | 06/01/2018 05:52 | x | Vagisil | 0 | The name is similar | | | | | | | | | | | 3 | | 2 |
| 2995 | 2995 | 06/01/2018 05:58 | | | 1 | | | | | | | | | | | --- | 1 | | 2 |
| 3021 | 3021 | 06/01/2018 07:26 | x | Vagisil | 0 | Because that is a popular company that puts out those products | Vagisil Itch Cream | Vagisil Wash | Vagisil Wipes | | Because the product started with a V. | Because the product started with a V. | Because the product started with a V. | | | | 3 | | 2 |
| 3022 | 3022 | 06/01/2018 07:10 | | Vaginpur | 0 | was on the package | | | | | | | | | | | 3 | | 2 |
| 3024 | 3024 | 06/01/2018 07:10 | x | Vagasil | 0 | Would make a great fit | | | | | | | | | | | 2 | | 2 |
| 3028 | 3028 | 06/01/2018 07:16 | x | vagisil | 0 | name is similar | | | | | | | | | | | 3 | | 2 |
| 3042 | 3042 | 06/01/2018 07:55 | | Johnson and Johnson | 0 | Own all the beauty product companies | shampoo | shaving cream | beauty products | hairspray | they own all the companies that make these products | own and distribute all beauty products via their companies | same answer | may not make this | same answer | | 1 | Johnson and Johnson | 2 |

| record | record | date | Vagisil | Q220 | noanswer Q220_na1 | Q225 | Q260r1 | Q260r2 | Q260r3 | Q260r4 | Q265r1c1 | Q265r2c1 | Q265r3c1 | Q265r4c1 | Q265r5c1 | Q267 | Q270 | Q280r1 | QCell |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3053 | 3053 | 06/01/2018 08:05 | x | vagisil | 0 | Its the only brand I know of that sells things in this category | | | | | | | | | | | 3 | | 2 |
| 3058 | 3058 | 06/01/2018 08:07 | x | Vagisil or Monastat | 0 | | | | | | | | | | | | 3 | | 2 |
| 3067 | 3067 | 06/01/2018 09:04 | | | 1 | | | | | | | | | | | | 3 | | 2 |
| 3069 | 3069 | 06/01/2018 09:37 | x | Vagisil | 0 | Because of the name similarities | feminine washes | | | | That's what this company specialists in - feminine products | | | | | | 3 | | 2 |
| 3074 | 3074 | 06/01/2018 09:43 | | Vagipur | 0 | Name on ad | | | | | | | | | | | 3 | | 2 |
| 3077 | 3077 | 06/01/2018 09:57 | | vagipur | 0 | name on product | | | | | | | | | | | 3 | | 2 |
| 3090 | 3090 | 06/01/2018 10:07 | | | 1 | | | | | | | | | | | | 2 | | 2 |
| 3091 | 3091 | 06/01/2018 10:22 | | johnson & johnson | 0 | They make everything, so i assumed it would be Johnson& Johnson | lotion | body wash | shampoo | | Johnson & Johnson has multiple lotions | Several body washes are made from Johnson & Johnson | Head & Shoulders is made by Johnson & Johnson. | | | | 1 | | 2 |
| 3092 | 3092 | 06/01/2018 10:07 | | | 1 | | | | | | | | | | | | 3 | | 2 |
| 3103 | 3103 | 06/01/2018 11:05 | | | 1 | | | | | | | | | | | | 3 | | 2 |
| 3104 | 3104 | 06/01/2018 11:06 | | | 1 | | | | | | | | | | | | 3 | | 2 |
| 3105 | 3105 | 06/01/2018 11:06 | | Vagipur | 0 | It was the name provided. | | | | | | | | | | | 3 | | 2 |
| 3107 | 3107 | 06/01/2018 11:08 | | | 1 | | | | | | | | | | | | 2 | | 2 |
| 3108 | 3108 | 06/01/2018 11:07 | | | 1 | | | | | | | | | | | | 3 | | 2 |
| 3111 | 3111 | 06/01/2018 11:42 | | | 1 | | | | | | | | | | | Dont know | 1 | | 2 |
| 3114 | 3114 | 06/01/2018 11:57 | | | 1 | | | | | | | | | | | | 2 | | 2 |
| 3121 | 3121 | 06/01/2018 12:05 | | ky | 0 | only on i know | | | | | | | | | | | 3 | | 2 |
| 3123 | 3123 | 06/01/2018 12:09 | x | monistat | 0 | they make products for yeast infections and prevention | Yeast infection test strips | Yeast infection medicine | Prevention | | I have seen them in stores | I have purchased many times | seen in stores | | | | 1 | Vagisil | 2 |
| 3126 | 3126 | 06/01/2018 12:08 | | Summer's Eve | 0 | They are products of vaginal rinses | douches | | | | I have used this product before. | | | | | | 2 | | 2 |

| record | record | date | Vagisil | Q220 | noanswer Q220_na1 | Q225 | Q260r1 | Q260r2 | Q260r3 | Q260r4 | Q265r1c1 | Q265r2c1 | Q265r3c1 | Q265r4c1 | Q265r5c1 | Q267 | Q270 | Q280r1 | QCell |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3132 | 3132 | 06/01/2018 13:03 | | | 1 | | | | | | | | | | | | 3 | | 2 |
| 3140 | 3140 | 06/01/2018 14:19 | | Sensations | 0 | This is a company that has a lot of vaginal products but it is close to the name of the product that I have used. | Vaginal Washes | Vaginal Powder | Vaginal Lotion | Vaginal Spray | It has similar products and this company name is close to the product that I think makes the product. The name of the company is Summer Eve products not Sensations. | Same as above | Same as above | Same as above | | | 1 | Summers Eve | 2 |
| 3150 | 3150 | 06/01/2018 14:17 | | | 1 | | | | | | | | | | | Most companies make man products | 3 | | 2 |
| 3151 | 3151 | 06/01/2018 14:20 | | vagipur , no opinion | 0 | it stated that | | | | | | | | | | | 3 | | 2 |
| 3172 | 3172 | 06/01/2018 15:03 | | | 1 | | | | | | | | | | | | 3 | | 2 |
| 3178 | 3178 | 06/01/2018 15:05 | | | 1 | | | | | | | | | | | | 3 | | 2 |
| 3181 | 3181 | 06/01/2018 15:18 | | | 1 | | pads | tampons | | | I think that they make things for women hygein | I think that they make things for women hygein | | | | | 1 | proctor & gambel | 2 |
| 3208 | 3208 | 06/01/2018 16:23 | | | 1 | | | | | | | | | | | | 3 | | 2 |
| 3212 | 3212 | 06/01/2018 16:27 | | unilever | 0 | big corp with pharmacy products | | | | | | | | | | | 2 | | 2 |
| 3228 | 3228 | 06/01/2018 17:12 | x | no idea | 0 | I really don't know what company can produce it, | vagisil | | | | make same kinf=d of product | | | | | | 3 | | 2 |

| record | record | date | Vagisil | Q220 | noanswer Q220_na1 | Q225 | Q260r1 | Q260r2 | Q260r3 | Q260r4 | Q265r1c1 | Q265r2c1 | Q265r3c1 | Q265r4c1 | Q265r5c1 | Q267 | Q270 | Q280r1 | QCell |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3232 | 3232 | 06/01/2018 17:16 | | | 1 | | Sanitary napkins | Tampons | | | Not sure | Not sure | | | | | 3 | | 2 |
| 3233 | 3233 | 06/01/2018 17:16 | x | vagisil | 0 | only brand I know | | | | | | | | | | | 1 | johnson and johnson | 2 |
| 3244 | 3244 | 06/01/2018 18:15 | | feminine hygiene | 0 | | ointments | | | | vaginal issues | | | | | | 3 | | 2 |
| 3260 | 3260 | 06/01/2018 18:27 | x | vagisil | 0 | only brand I know that puts out those products | | | | | | | | | | | 3 | | 2 |
| 3261 | 3261 | 06/01/2018 18:25 | | vagipure | 0 | the name was written in huge letters | | | | | | | | | | | 2 | | 2 |
| 3265 | 3265 | 06/01/2018 19:08 | | vagipur,monistat | 0 | used monistat | | | | | | | | | | | 2 | | 2 |
| 3269 | 3269 | 06/01/2018 19:54 | | | 1 | | KY Jelly | | | | This also is a vaginal moisturizer | | | | | | 3 | | 2 |
| 3274 | 3274 | 06/01/2018 20:31 | x | | 1 | | vagisil | | | | since the name starts the same with vagi | | | | | | 2 | | 2 |
| 3280 | 3280 | 06/02/2018 00:19 | | | 1 | | | | | | | | | | | Most brands are owned by big companies. | 3 | | 2 |
| 3284 | 3284 | 06/02/2018 00:12 | | nair | 0 | | dove | ivory | | | because they are the very best at what they do | because i really like it alot | | | | | 2 | | 2 |
| 3290 | 3290 | 06/02/2018 00:28 | | | 1 | | | | | | | | | | | | 3 | | 2 |
| 3295 | 3295 | 06/02/2018 01:14 | | Johnson and jounson | 0 | It's the only medical name i know | tampons | sanitary pads | | | It's a feminine product | It's a feminine  product | | | | | 2 | | 2 |
| 3296 | 3296 | 06/02/2018 01:14 | | Vagipur | 0 | this is the name that was shown on the previous screen noting it was a vaginal wash or antifunal product;  the name also has  vag  in it, short for vaginal; pur can refer to the purity of the ingredients | | | | | | | | | | | 3 | | 2 |
| 3301 | 3301 | 06/02/2018 01:19 | | vagizan | 0 | just my imagination | creams | deodorant | wash clothes | | I believe I have seen them | I believe I have seen them | because it's related to products they make | | | | 3 | | 1 |
| 3307 | 3307 | 06/02/2018 02:41 | x | Vagisal | 0 | It's really the only name I'm familiar with for this type of product. | anti-itch cream | yeast infection cream | | | The names sound the same | The name sounds the same | | | | | 1 | Vagisil | 1 |

| record | record | date | Vagisil | Q220 | noanswer Q220_na1 | Q225 | Q260r1 | Q260r2 | Q260r3 | Q260r4 | Q265r1c1 | Q265r2c1 | Q265r3c1 | Q265r4c1 | Q265r5c1 | Q267 | Q270 | Q280r1 | QCell |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3313 | 3313 | 06/02/2018 03:45 | | skin care, personal hygiene type of company. | 0 | That is what these products are and where they would be placed on a store shelf. | body cream, wash | shaving cream | anti fungal product for feet | skin care products | Similar product | skin care product similar to Vaginal care products | I was told by a doctor that anti fungal products for athletes foot etc were the same ingredients in Vaginal yeast creams. | Similar products just different area of the body | similar product just different area of the body | | 3 | | 1 |
| 3325 | 3325 | 06/02/2018 04:54 | | vagisin | 0 | helps with menopause symptoms | | | | | | | | | | | 3 | | 1 |
| 3333 | 3333 | 06/02/2018 05:18 | | | 1 | | | | | | | | | | | | 3 | | 2 |
| 3350 | 3350 | 06/02/2018 05:52 | | Vagisan | 0 | It says so on the screen | | | | | | | | | | | | Proctor & Gamble | 1 |
| 3353 | 3353 | 06/02/2018 05:52 | | | 1 | | | | | | | | | | | | 3 | | 2 |
| 3356 | 3356 | 06/02/2018 05:55 | | | 1 | | feminine sprays | other organic items | | | It is in the genre of the products | It seems like an organic company that would focus on more of a broad group of people/more on the human body than the vagina | | | | | 1 | whoever makes summers eve | 2 |
| 3382 | 3382 | 06/02/2018 06:44 | x | vagisil | 0 | | | | | | | | | | | | 3 | | 2 |
| 3410 | 3410 | 06/02/2018 07:08 | x | Vagisil | 0 | Maybe because they start with the same three letters and that is a known market name. | | | | | | | | | | | | Vagisil | 1 |
| 3411 | 3411 | 06/02/2018 07:08 | | | 1 | | | | | | | | | | | | 3 | | 1 |
| 3427 | 3427 | 06/02/2018 07:25 | | A consumer health company such as P&G, Unilever or some consumer health subsidiary of a pharmaceutical company (such as Bayer, Sanofi, Teva, etc.) | 0 | Because vaginal health is part of consumer health. I can't think of a company that makes women's only product that is not part of what I described. | Monistat | | | | For vaginal health | | | | | | | P&G | 2 |
| 3439 | 3439 | 06/02/2018 07:44 | x | vagisil | 0 | name is similar | | | | | | | | | | | 3 | | 1 |

| record | record | date | Vagisil | Q220 | noanswer Q220_na1 | Q225 | Q260r1 | Q260r2 | Q260r3 | Q260r4 | Q265r1c1 | Q265r2c1 | Q265r3c1 | Q265r4c1 | Q265r5c1 | Q267 | Q270 | Q280r1 | QCell |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3443 | 3443 | 06/02/2018 07:48 | | | 1 | | | | | | | | | | | | 2 | | 2 |
| 3454 | 3454 | 06/02/2018 08:13 | | | 1 | | | | | | | | | | | It's pretty common for companies to sell more than one kind of product | 3 | | 2 |
| 3466 | 3466 | 06/02/2018 08:28 | | | 1 | | | | | | | | | | | | 3 | | 2 |
| 3528 | 3528 | 06/02/2018 09:49 | | | 1 | | | | | | | | | | | | 2 | | 2 |
| 3529 | 3529 | 06/02/2018 09:49 | | vagipur | 0 | it was in large letters at the top | | | | | | | | | | | 3 | | 2 |
| 3567 | 3567 | 06/02/2018 10:42 | | | 1 | | WIPES | | | | FEMININE HIGEINE WIPES KINDOF FALL UNDER THE UMBRELLA OF THOSE WASHES | | | | | | 3 | | 2 |
| 3589 | 3589 | 06/02/2018 10:58 | | | 1 | | | | | | | | | | | | 3 | | 1 |
| 3608 | 3608 | 06/02/2018 11:21 | | | 1 | | | | | | | | | | | | 2 | | 1 |
| 3610 | 3610 | 06/02/2018 11:22 | | | 1 | | | | | | | | | | | | 3 | | 2 |
| 3730 | 3730 | 06/02/2018 13:35 | | | 1 | | | | | | | | | | | | 2 | | 2 |
| 3748 | 3748 | 06/02/2018 14:30 | | | 1 | | | | | | | | | | | | 2 | | 2 |
| 3768 | 3768 | 06/02/2018 14:34 | | Not sure - sounds Japanese | 0 | Never heard of something similar.  The vagi SAN I guess is supposed to be sanitary, but that isn't very appealing either. | | | | | | | | | | | 3 | | 1 |
| 3770 | 3770 | 06/02/2018 14:45 | x | Vagisil | 0 | The  Vagi  in Vagisan | Vagisil | cleansers | external washes/wipes | | the name with  Vagi | I thought it was the Vagisil brand | I thought it was the Vagisil brand | | | | 3 | | 1 |
| 3827 | 3827 | 06/02/2018 15:56 | | | 1 | | | | | | | | | | | | 3 | | 2 |
| 3840 | 3840 | 06/02/2018 17:32 | | | 1 | | | | | | | | | | | | 3 | | 1 |
| 3873 | 3873 | 06/03/2018 07:44 | | | 1 | | | | | | | | | | | | 2 | | 2 |

| record | record | date | Vagisil | Q220 | noanswer Q220_na1 | Q225 | Q260r1 | Q260r2 | Q260r3 | Q260r4 | Q265r1c1 | Q265r2c1 | Q265r3c1 | Q265r4c1 | Q265r5c1 | Q267 | Q270 | Q280r1 | QCell |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3896 | 3896 | 06/03/2018 09:04 | | | 1 | | | | | | | | | | | It seems that this would be part of a line of feminine products | 1 | | 1 |
| 3899 | 3899 | 06/03/2018 09:22 | | vagisan | 0 | bold type | | | | | | | | | | | 3 | | 1 |
| 3915 | 3915 | 06/03/2018 10:31 | x | | 1 | | | | | | | | | | | | 1 | Vagisil | 1 |
| 3929 | 3929 | 06/03/2018 11:24 | x | Vagisil | 0 | The names are similar | vaginal powder | vaginal spray | | | Similar name | Similar name | | | | | 3 | | 1 |
| 3965 | 3965 | 06/03/2018 13:08 | | | 1 | | | | | | | | | | | | 2 | | 2 |
| 3971 | 3971 | 06/03/2018 13:31 | x | Summer's Eve and Vagisil | 0 | They offer feminine products including vaginal washes. | feminine wipes | feminine sprays | douche | | I've seen this type of product offered in stores. | I've seen this type of product offered in stores. | I've seen this type of product offered in stores. | | | | 1 | | 2 |
| 3984 | 3984 | 06/03/2018 17:37 | x | Vagisil maybe | 0 | Just because vagipur and vagisil sound similar in name/brand | | | | | | | | | | | 3 | | 2 |
| 3991 | 3991 | 06/03/2018 22:59 | x | feminine product brand, like vagisil | 0 | it sounds like vagisil and it has the same purpose. it is also a feminine product based on its purpose | | | | | | | | | | | 1 | Aveno | 2 |