## ** CIVIL STATUS CONFERENCE MINUTES **

| | |
|---|---|
| Date: 12/3/2018 | Judge: Ellis |
| | Court Reporter: T. Harris |
| Time: 4:00 p.m. – 4:10 p.m. | |

Civil Action Number: 1:17cv935

<u>Combe Incorporated v. Dr. August Wolff GMBH & Co. KG Arzneimttel</u>

Appearances of Counsel for:     ☒ Plaintiff(s)     ☒ Defendant(s)

Telephonic Status Conference:

Re:  Bench Trial

Matter will proceed to bench trial Tuesday, 12/4/2018 at 1:00 p.m.  The trial will not be heard on Wednesday and will conclude on Thursday.

☐ Order to follow