IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| Combe Incorporated, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v.                              v. | )   No. 1:17-cv-00935 (TSE/MSN) |
| | ) |
| Dr. August Wolff GmbH & Co. | ) |
| KG Arzneimittel, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEAL

Notice is hereby given that Defendant Dr. August Wolff GmbH & Co. KG Arzneimittel hereby appeals to the United States Court of Appeals for the Fourth Circuit from the final Judgment, Order and Findings of Fact and Conclusions of Law entered in this action on May 23, 2019.

Respectfully submitted,

/s/ Michael A. Grow
Michael A. Grow (#15021)
Ross Q. Panko (pro hac vice motion pending)
Laura E. Zell (pro hac vice motion pending)
ARENT FOX LLP
michael.grow@arentfox.com
ross.panko@arentfox.com
laura.zell@arentfox.com
1717 K Street N.W.
Washington, D.C. 20006
(P) (202) 857-6000
(F) (202) 857-6395

*Attorneys for Defendant Dr. August Wolff GmbH & Co. KG Arzneimittel*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of June, 2019, I will electronically file the forgoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following:

>Anna Balishina Naydonov
>Douglas A. Rettew
>Finnegan Henderson Farabow Garrett & Dunner LLP (DC)
>901 New York Ave NW
>Washington, DC 20001-4413
>202-408-4427
>Fax: 202-408-4400
>Email: anna.naydonov@finnegan.com
>       doug.rettew@finnegan.com


>/s/ Michael A. Grow
>Michael A. Grow (#15021)
>ARENT FOX LLP
>michael.grow@arentfox.com
>1717 K Street N.W.
>Washington, D.C. 20006
>(P) (202) 857-6000
>(F) (202) 857-6395
>
>*Attorneys for Defendant Dr. August Wolff GmbH & Co. KG Arzneimittel*